IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:22-cv-5042 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TERRENCE HOWARD, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**UNITED STATES' MOTION FOR DEFAULT JUDGMENT AGAINST TERRENCE HOWARD**

The United States of America moves for default judgment against Defendant Terrence Howard pursuant to Fed. R. Civ. P. 55(b)(1). Defendant has failed to appear, plead, or otherwise defend himself in this action. On August 10, 2023, the Clerk of the Court entered default against him pursuant to Fed. R. Civ. P. 55(a).   (Doc. No. 11).

The United States requests that the Clerk of the Court enter judgment in favor of the United States and against Defendant with respect to his unpaid federal income tax assessments, statutory additions, and interest in the amount of $884,792.28, plus statutory additions and interest accruing after August 28, 2023 on all amounts, as provided by law.

A memorandum in support, the declaration of IRS Revenue Officer Scott Colwell, the declaration of process server Bryce Keizer, a proposed order granting default judgment, and Exhibits A-K accompany this motion.

*(Signature on next page.)*

1

Dated: September 22, 2023                     Respectfully submitted,

                                                    DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Maria E. Ruwe*
MARIA E. RUWE
Trial Attorney, Tax Division
Ohio Bar No.: 0101114
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-746-1624 (v)
202-514-6866 (f)
Maria.E.Ruwe@usdoj.gov

**CERTIFICATE OF SERVICE**

       I hereby certify that on September 22, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties registered to receive such notice.

       Additionally, I hereby certify that on September 22, 2023, I caused a copy of the foregoing document to be mailed via U.S. certified mail to the below addresses:

Terrence Howard
3008 Spring Mill Road
Plymouth Meeting, PA 19462

Terrence Howard
2161 S. Farrell Ct.
La Habra, CA 90631

Terrence Howard
2108 Ash Lane
Lafayette Hills, PA 19444

*/s/ Maria E. Ruwe*
MARIA E. RUWE
Trial Attorney
United States Department of Justice, Tax Division