IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TERRENCE HOWARD, )<br>)<br>Defendant. )<br>) | Case No. 2:22-cv-5042 |

## DECLARATION OF BRYCE KEIZER

The undersigned declares as follows:

1. I am a process server who independently contracts with Direct Legal Support, Inc. in Los Angeles, California. My registration number is #6332.

2. I am over the age of 18.

3. On June 7, 2023, I received the summons and complaint for Terrence Howard. Direct Legal Support, Inc. provided me with a picture of Terrence Howard and Mira Pak, obtained through the internet.

4. I learned that I was being asked to serve Terrence Howard, a recognizable actor who had appeared in many movies and television shows over the past 30 years. I previously had seen some of these movies or shows.

5. On July 15, 2023, I went to 2161 S Farrell Court, La Habra, California 90631.

6. The woman who answered the door appeared to be Asian, 43 years old, and 5 feet 4 inches tall. She appeared to weigh 135 pounds and had black hair. The woman refused to provide her name to me.

7. The woman looked identical to the picture I received of Mira Pak.

1

8. The woman said that Terrence Howard was home and went to get him. I could hear a man's voice cursing and swearing in another room. I recognized the man's voice as belonging to Terrence Howard.

9. The woman came back to the door and said that Terrence Howard would not come to the door.

10. I served the papers on the woman who I identified as Mira Pak from the picture I received.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: 9-7-23

BRYCE KEIZER
Registered Process Server
Direct Legal Support, Inc.