Exhibit A



# Account Transcript

This Product Contains Sensitive Taxpayer Data

Request Date: 08-11-2023
Response Date: 08-11-2023
Tracking Number: 104883636728

FORM NUMBER: 1040
TAX PERIOD: Dec. 31, 2010

TAXPAYER IDENTIFICATION NUMBER: XXX-XX-████

TERR D HOWA

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                         377,205.21
ACCRUED INTEREST:                         22,211.45    AS OF: Aug. 28, 2023
ACCRUED PENALTY:                               0.00    AS OF: Aug. 28, 2023

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):           399,416.66

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                      01
FILING STATUS:                               Single
ADJUSTED GROSS INCOME:                    1,172,908.00
TAXABLE INCOME:                           1,075,447.00
TAX PER RETURN:                             202,210.00
SE TAXABLE INCOME TAXPAYER:                  36,771.00
SE TAXABLE INCOME SPOUSE:                         0.00
TOTAL SELF EMPLOYMENT TAX:                    5,626.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Oct. 18, 2011
PROCESSING DATE                                                  Nov. 21, 2011

|              | TRANSACTIONS |       |            |             |
|--------------|--------------|-------|------------|-------------|
| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| 150 | Tax return filed | 20114508 | 11-21-2011 | $202,210.00 |
| n/a | 16221-292-04029-1 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2011 | -$109.00 |
| 430 | Estimated tax payment | | 06-18-2010 | -$2,500.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2011 | | 04-15-2011 | $0.00 |
| 170 | Penalty for not pre-paying tax 00-00-0000 | 20114508 | 11-21-2011 | $4,334.00 |
| 276 | Penalty for late payment of tax | 20114508 | 11-21-2011 | $7,984.04 |
| 196 | Interest charged for late payment | 20114508 | 11-21-2011 | $4,579.44 |
| 971 | Notice issued CP 0023 | | 11-21-2011 | $0.00 |
| 922 | Review of unreported income | | 01-28-2013 | $0.00 |
| 971 | Notice issued CP 071C | | 05-07-2012 | $0.00 |
| 276 | Penalty for late payment of tax | 20121705 | 05-07-2012 | $8,982.04 |
| 960 | Appointed representative | | 01-03-2013 | $0.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2011 | -$5,331.00 |
| 290 | Additional tax assessed 00-00-0000 | 20130505 | 02-18-2013 | $7,466.00 |
| n/a | 29254-424-66240-3 | | | |
| 177 | Reduced or removed penalty for not pre-paying tax | | 11-21-2011 | -$203.15 |
| 971 | Notice issued CP 0021 | | 02-18-2013 | $0.00 |
| 960 | Appointed representative | | 02-01-2013 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 02-27-2013 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 03-05-2013 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 03-15-2013 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 03-14-2013 | $0.00 |
| 971 | Collection due process request received timely | | 03-14-2013 | $0.00 |
| 971 | Collection due process levy (hearing) request or levy and lien (hearing) request received | | 03-14-2013 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 03-14-2013 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 04-16-2014 | $0.00 |
| 971 | Collection due process (hearing) resolved by Appeals - Notice of Determination letter issued, you waived judicial review or withdrew the hearing request | | 06-16-2014 | $0.00 |
| 960 | Appointed representative | | 09-23-2014 | $0.00 |
| 971 | Notice issued CP 071D | | 10-26-2015 | $0.00 |

| | | | |
|---|---|---|---|
| 196 | Interest charged for late payment | 20154005 10-26-2015 | $28,362.59 |
| 276 | Penalty for late payment of tax | 20154005 10-26-2015 | $33,467.92 |
| 706 | Credit transferred in from 1040 201812 | 04-15-2019 | -$312.00 |
| 971 | Passport certified seriously delinquent tax debt | 04-19-2021 | $0.00 |
| 971 | Passport certified seriously delinquent tax debt | 06-14-2021 | $0.00 |
| 960 | Appointed representative | 06-21-2021 | $0.00 |
| 971 | Passport certified seriously delinquent tax debt | 08-09-2021 | $0.00 |
| 670 | Payment Levy | 08-24-2021 | -$1,997.12 |
| 670 | Payment Levy | 09-07-2021 | -$3.50 |
| 961 | Removed appointed representative | 09-07-2021 | $0.00 |
| 706 | Credit transferred in from 1040 202012 | 04-15-2021 | -$5,843.00 |
| 670 | Payment Levy | 03-16-2022 | -$118.04 |
| 670 | Payment Levy | 08-04-2022 | -$96.62 |
| 670 | Payment Levy | 09-06-2022 | -$91.63 |
| 971 | Notice issued CP 071D | 10-24-2022 | $0.00 |
| 196 | Interest charged for late payment | 20224005 10-24-2022 | $96,552.42 |
| 520 | Bankruptcy or other legal action filed | 11-29-2022 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 12-02-2022 | $0.00 |
| 360 | Fees and other expenses for collection | 12-26-2022 | $35.50 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | 12-06-2022 | $0.00 |
| 583 | Removed lien | 03-24-2023 | $0.00 |
| 670 | Payment Levy | 05-25-2023 | -$128.41 |
| 670 | Payment Levy | 06-28-2023 | -$30.26 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date: 08-11-2023
Response Date: 08-11-2023
Tracking Number: 104883636728

FORM NUMBER: 1040
TAX PERIOD: Dec. 31, 2011

TAXPAYER IDENTIFICATION NUMBER: XXX-XX-████

TERR D HOWA

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 434,209.02 | |
| ACCRUED INTEREST: | 25,560.89 | AS OF: Aug. 28, 2023 |
| ACCRUED PENALTY: | 0.00 | AS OF: Aug. 28, 2023 |
| ACCOUNT BALANCE PLUS ACCRUALS (this is not a payoff amount): | 459,769.91 | |

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 04 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 964,308.00 |
| TAXABLE INCOME: | 813,230.00 |
| TAX PER RETURN: | 248,145.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Dec. 22, 2014 |
| PROCESSING DATE | Mar. 23, 2015 |

| | TRANSACTIONS | | | |
|---|---|---|---|---|

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20150905 | 03-23-2015 | $248,145.00 |
| n/a | 09221-052-80729-5 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2012 | -$2,184.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2012 | | 04-15-2012 | $0.00 |
| 960 | Appointed representative | | 01-03-2013 | $0.00 |
| 960 | Appointed representative | | 01-20-2014 | $0.00 |
| 960 | Appointed representative | | 01-26-2015 | $0.00 |
| 170 | Penalty for not pre-paying tax 00-00-0000 | 20150905 | 03-23-2015 | $4,753.00 |
| 166 | Penalty for filing tax return after the due date 00-00-0000 | 20150905 | 03-23-2015 | $55,341.22 |
| 276 | Penalty for late payment of tax | 20150905 | 03-23-2015 | $44,272.98 |
| 196 | Interest charged for late payment | 20150905 | 03-23-2015 | $26,832.17 |
| 971 | Notice issued CP 0014 | | 03-23-2015 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 05-05-2015 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 05-15-2015 | $0.00 |
| 360 | Fees and other expenses for collection | | 06-08-2015 | $33.75 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 05-19-2015 | $0.00 |
| 670 | Payment Miscellaneous Payment | | 02-05-2016 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | | 03-03-2016 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | | 05-06-2016 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | | 06-03-2016 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | | 08-04-2016 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | | 09-06-2016 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | | 10-06-2016 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | | 11-03-2016 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | | 12-05-2016 | -$2,000.00 |

| Code | Description | Date | Amount |
|---|---|---|---|
| 670 | Payment Miscellaneous Payment | 01-03-2017 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | 02-02-2017 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | 03-07-2017 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | 04-03-2017 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | 05-01-2017 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | 06-12-2017 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | 08-04-2017 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | 09-01-2017 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | 10-02-2017 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | 12-01-2017 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | 01-09-2018 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | 02-05-2018 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | 03-06-2018 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | 04-09-2018 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | 05-07-2018 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | 06-05-2018 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | 07-09-2018 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | 08-06-2018 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | 09-04-2018 | -$2,000.00 |
| 670 | Payment Miscellaneous Payment | 10-04-2018 | -$2,000.00 |

| Code | Description | Cycle | Date | Amount |
|---|---|---|---|---|
| 670 | Payment<br>Miscellaneous Payment | | 11-05-2018 | -$2,000.00 |
| 670 | Payment<br>Miscellaneous Payment | | 12-14-2018 | -$2,000.00 |
| 670 | Payment<br>Miscellaneous Payment | | 01-28-2019 | -$2,000.00 |
| 670 | Payment<br>Miscellaneous Payment | | 02-19-2019 | -$2,000.00 |
| 670 | Payment<br>Miscellaneous Payment | | 03-05-2019 | -$2,000.00 |
| 670 | Payment<br>Miscellaneous Payment | | 05-06-2019 | -$2,000.00 |
| 670 | Payment<br>Miscellaneous Payment | | 06-11-2019 | -$2,000.00 |
| 670 | Payment<br>Miscellaneous Payment | | 07-10-2019 | -$2,000.00 |
| 670 | Payment<br>Miscellaneous Payment | | 08-05-2019 | -$2,000.00 |
| 670 | Payment<br>Miscellaneous Payment | | 12-06-2019 | -$2,000.00 |
| 971 | Passport certified seriously delinquent tax debt | | 04-19-2021 | $0.00 |
| 971 | Passport certified seriously delinquent tax debt | | 06-14-2021 | $0.00 |
| 960 | Appointed representative | | 06-21-2021 | $0.00 |
| 971 | Passport certified seriously delinquent tax debt | | 08-09-2021 | $0.00 |
| 961 | Removed appointed representative | | 09-07-2021 | $0.00 |
| 971 | Notice issued<br>CP 071D | | 10-24-2022 | $0.00 |
| 196 | Interest charged for late payment | 20224005 | 10-24-2022 | $117,797.64 |
| 276 | Penalty for late payment of tax | 20224005 | 10-24-2022 | $17,217.26 |
| 520 | Bankruptcy or other legal action filed | | 11-29-2022 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date: 08-11-2023
Response Date: 08-11-2023
Tracking Number: 104883636728

FORM NUMBER: 1040
TAX PERIOD: Dec. 31, 2016

TAXPAYER IDENTIFICATION NUMBER: XXX-XX-████

TERR HOWA

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 13,451.00
ACCRUED INTEREST: 791.84   AS OF: Aug. 28, 2023
ACCRUED PENALTY: 0.00   AS OF: Aug. 28, 2023

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount): 14,242.84

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS: 03
FILING STATUS: Head of Household
ADJUSTED GROSS INCOME: 139,054.00
TAXABLE INCOME: 112,961.00
TAX PER RETURN: 14,679.00
SE TAXABLE INCOME TAXPAYER: 0.00
SE TAXABLE INCOME SPOUSE: 0.00
TOTAL SELF EMPLOYMENT TAX: 0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Dec. 06, 2017
PROCESSING DATE   Jan. 08, 2018

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20175105 | 01-08-2018 | $14,679.00 |
| n/a | 09221-343-36309-7 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2017 | -$15,214.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2017 | | 04-15-2017 | $0.00 |
| 826 | Credit transferred out to 1040 200712 | | 04-15-2017 | $535.00 |
| 971 | Notice issued CP 0049 | | 01-08-2018 | $0.00 |
| 922 | Review of unreported income | | 07-22-2019 | $0.00 |
| 160 | Penalty for filing tax return after the due date 00-00-0000 | 20193005 | 08-12-2019 | $663.00 |
| 240 | Miscellaneous penalty IRC 6662(c), (d), (e), (f), (g), or (h) Accuracy-Related Penalty 00-00-0000 | 20193005 | 08-12-2019 | $1,433.00 |
| n/a | 28254-599-65567-9 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2017 | -$594.00 |
| 290 | Additional tax assessed 00-00-0000 | 20193005 | 08-12-2019 | $7,759.00 |
| n/a | 28254-599-65567-9 | | | |
| 196 | Interest charged for late payment | 20193005 | 08-12-2019 | $1,047.53 |
| 971 | Notice issued CP 0022 | | 08-12-2019 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 04-26-2021 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 05-07-2021 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 05-13-2021 | $0.00 |
| 971 | First Levy Issued on Module | | 06-14-2021 | $0.00 |
| 971 | Passport certified seriously delinquent tax debt | | 08-09-2021 | $0.00 |
| 971 | Notice issued CP 071D | | 10-24-2022 | $0.00 |
| 196 | Interest charged for late payment | 20224005 | 10-24-2022 | $1,351.23 |
| 276 | Penalty for late payment of tax | 20224005 | 10-24-2022 | $1,791.24 |
| 520 | Bankruptcy or other legal action filed | | 11-29-2022 | $0.00 |

This Product Contains Sensitive Taxpayer Data



**Internal Revenue Service**
United States Department of the Treasury

> This Product Contains Sensitive Taxpayer Data

# Account Transcript

|  |  |
|---|---|
| Request Date: | 08-11-2023 |
| Response Date: | 08-11-2023 |
| Tracking Number: | 104883636728 |

FORM NUMBER:   1040
TAX PERIOD:    Dec. 31, 2017

TAXPAYER IDENTIFICATION NUMBER:   XXX-XX-████

TERR HOWA

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 1,046.15 | |
| ACCRUED INTEREST: | 61.58 | AS OF: Aug. 28, 2023 |
| ACCRUED PENALTY: | 0.00 | AS OF: Aug. 28, 2023 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):              1,107.73

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 02 |
| FILING STATUS: | Head of Household |
| ADJUSTED GROSS INCOME: | 131,997.00 |
| TAXABLE INCOME: | 104,840.00 |
| TAX PER RETURN: | 21,322.00 |
| SE TAXABLE INCOME TAXPAYER: | 4,766.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 859.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Oct. 15, 2018 |
| PROCESSING DATE | Nov. 19, 2018 |

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20184205 | 11-19-2018 | $21,322.00 |
| n/a | 70221-688-43097-8 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2018 | -$18,252.00 |
| 610 | Payment with return | | 10-09-2018 | -$2,057.00 |
| 610 | Payment with return | | 10-29-2018 | -$1,013.00 |
| 166 | Penalty for filing tax return after the due date 00-00-0000 | 20184405 | 11-19-2018 | $690.75 |
| 276 | Penalty for late payment of tax | 20184405 | 11-19-2018 | $97.16 |
| 196 | Interest charged for late payment | 20184405 | 11-19-2018 | $99.49 |
| 971 | Notice issued CP 0014 | | 11-19-2018 | $0.00 |
| 971 | Notice issued CP 071C | | 05-04-2020 | $0.00 |
| 196 | Interest charged for late payment | 20201605 | 05-04-2020 | $71.78 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 04-26-2021 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 05-07-2021 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 05-13-2021 | $0.00 |
| 971 | First Levy Issued on Module | | 06-14-2021 | $0.00 |
| 971 | Passport certified seriously delinquent tax debt | | 08-09-2021 | $0.00 |
| 971 | Notice issued CP 071D | | 10-24-2022 | $0.00 |
| 196 | Interest charged for late payment | 20224005 | 10-24-2022 | $86.97 |
| 520 | Bankruptcy or other legal action filed | | 11-29-2022 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

|  |  |
|---|---|
| Request Date: | 08-11-2023 |
| Response Date: | 08-11-2023 |
| Tracking Number: | 104983636729 |

FORM NUMBER:    1040
TAX PERIOD:     Dec. 31, 2019

TAXPAYER IDENTIFICATION NUMBER:    XXX-XX-████

TERR HOWA
3008 S

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 9,685.01 | |
| ACCRUED INTEREST: | 570.13 | AS OF: Aug. 28, 2023 |
| ACCRUED PENALTY: | 0.00 | AS OF: Aug. 28, 2023 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):     10,255.14

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 306,424.00 |
| TAXABLE INCOME: | 285,664.00 |
| TAX PER RETURN: | 76,498.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 889.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Oct. 15, 2020 |
| PROCESSING DATE | Dec. 14, 2020 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20204605 | 12-14-2020 | $76,498.00 |
| n/a | 70211-689-20875-0 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2020 | -$68,693.00 |
| 766 | Credit to your account | | 04-15-2020 | -$537.00 |
| 166 | Penalty for filing tax return after the due date 00-00-0000 | 20204804 | 12-14-2020 | $981.18 |
| 276 | Penalty for late payment of tax | 20204804 | 12-14-2020 | $181.70 |
| 196 | Interest charged for late payment | 20204804 | 12-14-2020 | $103.42 |
| 971 | Notice issued CP 0014 | | 12-14-2020 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 04-26-2021 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 05-07-2021 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 05-13-2021 | $0.00 |
| 971 | First Levy Issued on Module | | 06-14-2021 | $0.00 |
| 971 | Passport certified seriously delinquent tax debt | | 08-09-2021 | $0.00 |
| 167 | Reduced or removed penalty for filing tax return after the due date | | 09-12-2022 | -$981.18 |
| 971 | Notice issued CP 071D | | 10-24-2022 | $0.00 |
| 196 | Interest charged for late payment | 20224005 | 10-24-2022 | $496.59 |
| 276 | Penalty for late payment of tax | 20224005 | 10-24-2022 | $1,635.30 |
| 520 | Bankruptcy or other legal action filed | | 11-29-2022 | $0.00 |

This Product Contains Sensitive Taxpayer Data