

[00:00:01]
Terence Howard: Mrs. Maria E. Rully, um, this is Terence Howard. I'm calling regarding to case number 2 colon, um, 22-C-V... Uh, Dash C-V dash 5-0-4-2. Um, with regard to a request to enter default. I'm not sure what that means. But I believe you guys are trying to sue me in some way or another. I would greatly appreciate, um, a phone call. um, I am at 9-4-9-300-0-6-7-3, I believe, um, at your earliest convenience so we can begin to discuss this. Um, if you guys intend to move forward with this I will be representing myself. So I'm going to need assistance in that. This call has been recorded. Um, I believe that it is immoral for the United States Government to charge taxes to the descendants of slaves who built this country for 400 years. Was re-, was forced to work in this place. Pulled from our families. 400 years of forced labor and never receiving any compensation for it. And now you have the gall to try and prosecute and charge taxes to the descendants of-, of a broken people that you are responsible for causing the breakage. Yes, I intend...

[00:00:01]

Terence Howard: Again, this is Terence Howard. Your thing shut down before I was able to finish my message. But I think it is immoral for you to attempt to charge taxes to the descendants of slaves who received [Inaudible 00:00:13] hundred years. In truth, the entire United States should, by default, become the property of the descendants of slaves. But since you do not have that ability to do that, since you do not have the courage to do it let's-, uh, let's try this out in court. I am calling you, I'm going to post this on the internet and let them know that I have reached out to you Mrs. Maria E. Rue. And I wonder if every descendant of slave gathered together and decided that what you're doing is immoral and [Laughter] we're gonna bring you down. Looking forward to this.