IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  22-5042 |
| | : | |
| TERRENCE HOWARD | : | |

# ORDER

**AND NOW**, this 22nd day of February 2024, upon considering plaintiff's renewed motions for default judgment against defendant Terrence Howard (DI 22, 27), the Clerk of Court having entered default against defendant Terrence Howard for his failure to appear or otherwise defend, the United States having requested a judgment against him, following our motion hearing held today, and for good cause shown, it is **ORDERED** plaintiff's renewed motions for default judgment against defendant Terrence Howard (DI 22, 27) are **GRANTED**[1]:

**JUDGMENT** is entered in favor of the United States and against defendant Terrence Howard in the amount of $903,114.72, as of December 4, 2023, for unpaid federal income tax assessments, penalties, and interest for the 2010, 2011, 2016, 2017, and 2019 tax years, plus interest that has accrued and will continue to accrue after December 4, 2023 pursuant to 28 U.S.C. § 1961(c), 26 U.S.C. § 6621(a)(2), (b), and 26 U.S.C. § 6622, until the liability is paid in full.

MURPHY, J.

---

[1] The legal and factual basis for the default judgment is provided in more than sufficient detail in the government's briefing and exhibits.  Today's hearing, including the testimony of the appropriate IRS officer, further supplemented the record and supported this judgment.