| Registered No. | | Date Stamp |
|---|---|---|

| | Postage $ | Extra Services & Fees *(continued)* | |
|---|---|---|---|
| **To Be Completed By Post Office** | | ☐ Signature Confirmation $ | |
| | Extra Services & Fees | ☐ Signature Confirmation Restricted Delivery $ | |
| | ☐ Registered Mail $_____ | | |
| | ☐ Return Receipt *(hardcopy)* $ | **Total Postage & Fees** | |
| | ☐ Return Receipt *(electronic)* $ | $ | |
| | ☐ Restricted Delivery $_____ | | |
| | Customer Must Declare Full Value $ | Received by | Domestic Insurance up to $50,000 is included based upon the **declared value.** International Indemnity is limited. (See Reverse). |

OFFICIAL USE

**FROM**  Terrance Dashon Howard
2121 West Imperial Highway
Suite 453, La Habra, California 90631

**TO**  George V. Wylesol - Clerk of Court
James Byrne Courthouse
601 Market Street # 2609
Philadelphia, Pennsylvania 19106

PS Form **3806, Registered Mail Receipt**        Copy 1 - Customer
April  2015, PSN 7530-02-000-9051                        *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

Terrence D. Howard
2121 West Imperial Highway
Suite 453
La Habra, Ca 90631

United States Treasury
1500 Pennsylvania Avenue
Washington, D.C. 2024
06/14/2024

$2,000,000

Pay to the order of: Any Federal Reserve Bank or Branch or any General Depository
For Credit to the Treasurer of the United States

Amount: Two Million Dollars 00/100
Memo: This is a Payment

Of an obligation to the United States
And must be paid at par.
Do not Wire Payment.
Credit is for (U.S. District Court, Eastern District of Pennsylvania)
Case # 2:22-CV-5042

Registered Owner
"Without Recourse"
300707922

## COOK COUNTY CLERK VITAL RECORDS

### CHICAGO, ILLINOIS

### CERTIFICATION OF BIRTH

## STATE FILE NUMBER: 112-1969 6012685

NAME:  TERRENCE DASHON HOWARD

DATE OF BIRTH:  MARCH 11, 1969          SEX:  MALE

PLACE OF BIRTH:  CHICAGO, COOK COUNTY, ILLINOIS

NAME OF MOTHER/PARENT:  ANITA JEANINE HAWKINS

PLACE OF BIRTH OF MOTHER/PARENT:  OHIO, UNITED STATES          AGE:  16

NAME OF FATHER/PARENT:  TYRONE  HOWARD

PLACE OF BIRTH OF FATHER/PARENT:  ALABAMA, UNITED STATES          AGE:  18

DATE FILED:  MARCH 17, 1969          DATE ISSUED:  03/22/2024

*[Stamped overlay text:]* ACCEPT FOR VALUE / EXEMPT FROM LEVY / Private Account: 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 / Deposit to United States Treasury / And charge the same to / TERRENCE D. HOWARD / Public Account: 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 / Registered Owner

8361227



**County of Cook**
**State of Illinois**

## Office of County Clerk
### Karen A. Yarbrough

KAREN A. YARBROUGH
COOK COUNTY CLERK

This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature.

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

I ACCEPT YOUR CHARGES FOR  VALUE AND CONSIDERATION IN
RETURN FOR POST-SETTLEMENT AND CLOSURE. AUTORIS
& CUSIP NO.  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

June 8, 2024
   DATE                                    AUTHORIZED REPRESENTATIVE

USE MY EXEMPTION FOR FULL SETTLEMENT & CLOSURE OF THIS ACCOUNT
AS THIS ACCOUNT IS PRE-PAID AND EXEMPT FROM LEVY.

CERTIFICATE OF SERVICE


I TERRENCE DASHON HOWARD  do hereby certify that I have served a true and correct copy
That was sent by Registered Mail on June 8th 2024 to:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
JAMES A. BRYNE U.S. COURT
601 MARKET STREET #2609
PHILADELPHIA, PA 19106
GEORGE V. WYLESOL, CLERK OF COURT


JOHN F. MURPHY JUDGE (COPY)


ENCLOSED ARE THE FOLLOWING DOCUMENTS:


| | |
|---|---|
| Certificate of Service | 1 Page |
| Special Handling of Instrument Letter | 4 Pages |
| General Power of Attorney | 1 Page |
| Special Power of Attorney | 1 Page |
| Letter of Transmittal | 1 Page |
| Point of Contact-Internal Revenue Service | 1 Page |
| Letter to Indenture Trustee | 1 Page |
| Standard Form 1418 | 2 Pages |
| Letter of Instruction | 1 Page |
| Billing Statement | 9 pages |
| International Bill of Exchange TDHT #0001 | 1 Page |
| 1099-A | 1 Page |
| 1099-C | 1 Page |
| 1040-V | 1 page |
| 1096 | 1 Page |
| Power of Attorney Form 2848 | 2 Pages |
| UCC Financing Statement Amendment | 1 Page |
| Notice of Adequate Assurance Performance & Settlement | 6 Pages |
| Revocation of Election | 12 Pages |
| Birth Certificate | 1 page |

BY:_____
Terrence Dashon Howard, Beneficiary

Registered Mail Receipt No. RE 212 350 260 US-George V. Wylesol Clerk of Court
Certified Mail Receipt No. 9589 0710 5270 1696 4811 49 David A. Hubbert Deputy Asst. Att General
Certified Mail Receipt No. 9589 0710 5270 1696 4811 25 Internal Revenue Service Cincinnati, Ohio
Certified Mail Receipt No. 9589 0710 5270 1696 4814 77 Janet Yellen-Secretary of Treasury

[12 USC 346. As amended by act of March 3, 1915 (38 Stat. 958); by act of Sept. 7, 1916 (39 Stat. 752), which completely revised this section; and by act of March 4, 1923 (42 Stat. 1479).]

This Instrument requires special handling:

Thomas I. Barkin
President and Chief Executive Officer

TO:         **Federal Reserve Bank of St. Louis, MO**
Broadway and Locust, 1 Federal Reserve Bank Plaza,
St. Louis, MO 6310

FOR:            **Federal Reserve Board of Governors**
**Doris Carson Williams, Member, Heidi L. Gartland, Member**
**Jacqueline Gamblin, Member, Helga Houston, Member, Holly B. Wiedemann**
**Dean J. Miller, Member, Ana Rodriguez, Member, Eddie L. Steiner**
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551

**Michelle W. Bowman, Member, Lisa D. Cook, Member**
**Philip N. Jefferson, Member, Christopher J. Waller, Member**
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551

### Discounts of Acceptances

Any member bank and any Federal or State branch or agency of a foreign bank subject to reserve requirements under section 7 of the International Banking Act of 1978 (hereinafter in this paragraph referred to as "institutions"), may accept drafts or bills of exchange drawn upon it having not more than six months' sight to run, exclusive of days of grace--

Any Federal reserve bank may discount acceptances of the kinds hereinafter described, which have a maturity at the time of discount of not more than 90 days' sight, exclusive of days of grace, and which are indorsed by at least one member bank: Provided, That such acceptances if drawn for an agricultural purpose and secured at the time of acceptance by warehouse receipts or other such documents conveying or securing title

### Bank Acceptances to Create Dollar Exchange

Any member bank may accept drafts or bills of exchange drawn upon it having not more than three months' sight to run, exclusive of days of grace, drawn under regulations to be prescribed by the Board of Governors of the Federal Reserve System by banks or bankers in foreign countries or dependencies or insular possessions of the United States for the purpose of furnishing dollar exchange as required by the usages of trade in the respective countries,

copies sent to:
Comptroller of Currency
Treasury Department, Washington, D.C
FDIC, Washington, D.C.
Federal Reserve Bank of San Francisco
San Francisco, California

dependencies, or insular possessions.  Such drafts or bills may be acquired by Federal reserve banks in such amounts and subject to such regulations, restrictions, and limitations as may prescribed by the Board of Governors of the Federal Reserve System:

**Advances to individuals, partnerships, and corporations on direct obligations of the United States**

Subjects to such limitations, restrictions, and regulations as the Board of Governors of them Federal Reserve System may prescribe, any Federal reserve bank may make advances to any individual, partnership or corporation on the promissory notes of such individual, partnership or corporation secured by direct obligations of the United States or by any obligation which is a direct obligation of, or fully guaranteed as to principal and interest by, any agency of the United States.  Such advances shall be made for periods not exceeding 90 days and shall bear interest at rates fixed from time to times by the Federal Reserve Bank, subject to the review and determination of the Board of Governors of the Federal Reserve System.

The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal Reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve Bank.

Office Of The Comptroller Of The Currency Established.  There is established in the Department of the Treasury a bureau to be known as the "Office of the Comptroller of the Currency" which is charged with assuring the safety and soundness of, and compliance with laws and regulations, fair access to financial services, and fair treatment of customers by, the instructions and other persons subject to its jurisdiction.

**Acceptances by member banks**

Any member bank and any Federal or State branch or agency of a foreign bank subject to reserve requirements under section 7 of the International Banking Act of 1978 (hereinafter in this paragraph referred to as "institutions"), may accept drafts or bills of exchange drawn upon it having not more than six months' sight to run, exclusive of days of grace—

    i.   Which grow out of transaction involving the importation or exportation of goods;
   ii.   Which grow out of transactions involving the domestic shipment of goods; or
  iii.   Which are secured at the time of acceptance by a warehouse receipt of other such document conveying or securing title covering readily marketable staples.

**Securities Settlement System in the United States**

The major securities markets in the United States are the government securities market, the corporate equity market and the fixed income market.  The commercial paper market is an important short-term funding market.  These instruments are generally traded either through recognized exchanges or through over-the-counter dealer markets.  The mechanisms for clearance and settlement vary by type of instrument and generally involve specialized financial intermediaries, such as clearing corporations and depositories.  Participants in these markets

include securities issuers, intermediaries such as brokers, dealers, and depository institutions, and investors such as insurance companies, investment companies, non-financial corporations and individuals.

**US Government Securities**

As fiscal agents the Federal Reserve Banks act as the securities depository for all marketable US Treasury securities, many federal agency securities and certain mortgage-backed securities issued by GSEs.  These securities generally exist in book-entry form only.  Depository institutions may maintain book-entry securities accounts at the Federal Reserve, in which they hold their own securities and those of customers.  Issuances of these securities and secondary market trades are settled over the Federal Reserve's Fedwire Securities Service or on the books of a depository institution.

**Operating Circular No. 7 Settlement of Transactions**

(d) Eligible definitive securities are converted to Book-entry Securities for credit to the Participant's Securities Account; and

(e) Eligible Book-Entry Securities are converted from one Book-Entry Security to another (e.g., stripping and reconstituting) for credit to the Participant's Securities Account.

Finality 9.2.1  All debits and credits in connection with a Transfer become final at the time the debits and credits are posted to both the Sender's and the Receiver's Securities Accounts and, in the case of a Transfer Against Payment, their corresponding Master Accounts.  Notice of the Transfer in accordance with this operating circular is conclusive evidence that the debits and credits were made.

**11.2. AMOUNT LIMITATIONS ON TRANSFERS**
11.2.1 Except as provided in section 11.2.2, no transfer message may have a par amount that exceeds $50 Million.

**FEES:**

**ROLES OF RESERVE BANKS; NATURE OF AGREEMENT**
2.1 A Custodial Reserve Bank is a Reserve Bank that maintains a Restricted Securities Account to recognize a security interest in a Pledged Security granted by a Pledger in favor of a Government Pledgee.

**PLEDGER**
Pledger means the Participant that has granted a security interest in a Book-Entry.  Security to a Government Pledgee.

**ARTICLE 4A OF THE UCC, FUNDS TRANSFERS**

Sec. 42a-4A-103.  Payment order; definitions.  (a) In this article:

(1) "Payment order" means an instruction of a sender to a receiving bank, transmitted orally, electronically, or in writing, to pay, or to cause another bank to pay, affixed or determinable amount of money to a beneficiary if: (i) The instruction does not state a condition to payment to the beneficiary other than time of payment, (ii) the receiving bank is to be reimbursed by debiting an account of, or otherwise receiving payment from, the sender, and (iii) the instruction is transmitted by the sender directly to the receiving bank or to an agent, funds-transfer system, or communication system for transmittal to the receiving bank.

(c) A payment order is issued when it is sent to the receiving bank.

To:     UNITED STATES DEPT OF TREASURY
        1500 PENNSYLVANIA AVENUE
        WASHINGTON, D.C. 20220

For:    UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF PENNSYLVANIA

Attention: Trustee

**SECTION 7.05.  Money to be Held in Trust.**

Subject to the provisions of Section 15.14 hereof, all money received by the Trustee of any Paying Agent shall, until used or applied as herein provided, be held in trust for the purposes for which they were received, but need not be segregated from other funds, except to the extent required by law.  Neither the Trustee nor any Paying Agent shall be under any liability for interest on any money received by it hereunder except such as it may agree in writing with the Company to pay thereon.

THE TERRENCE DASHON HOWARD LIVING TRUST has appointed Trustee to execute and deliver to the Indenture Trustee Instrument No. TDHT-0001, that such Paying Agent will:

i.      Hold the Tender of Payment held by it for the full settlement of amounts due with respect to the Notes in trust for the benefit of the Person entitled thereto until such sums shall be paid to such Persons or otherwise disposed of as herein provided and pay such sums to such Persons as herein provided.

Copies sent to:

# GENERAL POWER OF ATTORNEY BY INDIVIDUAL FOR THE COLLECTION OF CERTAIN CHECKS DRAWN ON THE UNITED STATES TREASURY



**BUREAU OF THE**
**Fiscal Service**
U.S. DEPARTMENT OF THE TREASURY

Know all by these Present:
That the undersigned, TERRENCE DASHON HOWARD , of 2121 W. IMPERIAL HWY SUITE 453, LA HABRA
*( Address )*

does hereby appoint SECRETARY OF TREASURY , of 1500 PENNSYLVANIA AVE, WASH D.C. 20220
*( Address )*

as his/her attorney to receive, endorse, and collect checks payable to the order of the undersigned, drawn on the United States Treasury, and to execute in the name and on behalf of the undersigned, all bonds, indemnities, applications, or other documents, which may be required by law or regulation to secure the issuance of substitutes for such checks, and to give full discharge for same, granting to said attorney full power of substitution and revocation, hereby ratifying and confirming all that said attorney, or his substitute, shall lawfully do or cause to be done by virtue hereof.

WITNESS the signature of the undersigned, this 1ST day of JUNE , 20 24

_____
*(Signature of Grantor)*

*Personally appeared before me the above-named TERRENCE DASHON HOWARD
known or proved to me to be the same person who executed the foregoing instrument, and acknowledged to me that he executed the same as his free act and deed.

WITNESS my signature, official designation, and seal _____
*(Signature of attesting officer)*

[ IMPRESS SEAL HERE ]

NOTARY
_____
*(Official designation)*

Dated at CONYERS, GA , this 1ST day of JUNE , 20 24
My commission expires 10/01/2027 , 20 27

**IMPORTANT – Do not execute this instrument without first reading the instructions on the next page. Exact compliance with these instructions will avoid complications.**

*See Instructions on next page, Paragraphs 2(a) and 2(b)

# SPECIFIC POWER OF ATTORNEY BY INDIVIDUAL FOR THE COLLECTION OF A SPECIFIED CHECK DRAWN ON THE UNITED STATES TREASURY



**BUREAU OF THE**
**Fiscal Service**
U.S. DEPARTMENT OF THE TREASURY

Know all by these Present:
That the undersigned, TERRENCE DASHON HOWARD, of 2121 W. IMPERIAL HWY SUITE 453, LA HABRA
( Address )

does hereby appoint SECRETARY OF TREASURY, of 1500 PENNSYLVANIA AVE, WASH, D.C. 20220
( Address )

as his/her attorney to receive, endorse, and collect check No. TDHT-0001,

dated JUNE 1ST, 20 24, for TWO MILLION dollars drawn on the United States Treasury, by TERRENCE DASHON HOWARD in favor of U.S. DISTRICT COURT-EASTERN D. CT, and to give full discharge for same; hereby ratifying and confirming all that said attorney shall lawfully do or cause to be done by virtue hereof.

WITNESS the signature of the undersigned, this 1ST day of JUNE, 20 24

_____
(Signature of Witness)

_____
(Signature of Grantor)

_____
(Signature of Witness)

*Personally appeared before me the above-named TERRENCE DASHON HOWARD known or proved to me to be the same person who executed the foregoing instrument, and acknowledged to me that he executed the same as his free act and deed.

WITNESS my signature, official designation, and seal _____
(Signature of attesting officer)

[ IMPRESS SEAL HERE ]

NOTARY _____
(Official designation)

Dated at CONYERS, GA, this 1ST day of JUNE, 20 24
My commission expires 10/01, 20 27

**IMPORTANT – Do not execute this instrument without first reading the instructions on the next page. Exact compliance with these instructions will avoid complications.**

*See Instructions on next page, Paragraphs 2(a) and 2(b)

LETTER OF TRANSMITTAL

To Tender any and make-whole all of the outstanding

For Bookkeeping Accounting Credits and Remittance

Account No. 2:22-CV-5042

TERRENCE DASHON HOWARD  LIVING TRUST

Pursuant to IRC 6603 Deposit

Section 337.2(d) of the FDIC Rules and Regulations requires banks to maintain adequate Controls and subsidiary records of all instruments comparable to records maintained on Direct loans so that a bank's total liability may be determined at all times. Asset transfers (e.g., a loan sale) qualifies as a sale under FAS 140, the asset may be removed from the General ledger. However, if an asset transfer, which qualifies for sale treatment under GAAP, Contains certain recourse provisions, the transaction would be treated as an asset sale with Recourse for purposes of reporting risk-based capital information in Schedules RC-F and item 6, Within the Call Report.

"THIS BOOKKEEPING CREDIT REMITTANCE COUPON METHOD" IS A NON RECOURSE DEPOSIT UNRESTRICTED AND CAN BE PRESENTED TO THE INDENTURE TRUSTEE OR THE FED WINDOW OR THE DEPARTMENT OF THE TREASURY FOR SETTLEMENT. THIS TENDER WAS EXECUTED AND GIVEN IN GOOD FAITH WITH GUARANTEED DELIVERY, AND WILL NOT BE WITHDRAWN PRIOR TO THE EXPIRATION TIME ON THE NOTE ONCE SUBMITTED.

The Tender and Information Agent for the Tender Offer is:

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF PENNSYLVANIA
CONFIRMATION BY TELEPHONE
215-597-7704

The instructions included with this Letter of Transmittal must be followed. Questions and Requests for assistance with processing this Bookkeeping Credit Remittance Coupon should be directed to your tax department or any qualified tax expert at the Department of the Treasury/Internal Revenue Service, whose telephone number appears on this page of the Letter of Transmittal.

By Hand, Overnight Delivery or Mail (Registered or Certified Mail Recommended):

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
JAMES A. BYRNE U.S. COURT
601 MARKET STREET #2609/PHILADELPHIA, PA 19106

## Point of Contact: Internal Revenue Service

***By Facsimile Transmission: (for Eligible Institutions only):*** (866) 870-9919

INTERNAL REVENUE SERVICE (202) 317-5100

IMPORTANT TAX INFORMATION

Under United States federal income tax laws, a holder who receives cash method debt instrument payments pursuant to the IRC is required to provide the Company (as receiver) with such receiver's correct TIN on the Form W-9 above (or otherwise establish a basis for exemption from backup withholding) and certify under penalty of perjury that such TIN is correct and that such receiver is not subject to backup withholding.  If such a receiver is an individual, the TIN is his or her social security number.  If the Company is not provided with the correct TIN, a $50 penalty may be imposed by the Internal Revenue Service, and the cash method debt instrument may be subject to backup withholding.

Certain holders (including, among others, all corporations and foreign individuals and entities) are not subject to these backup withholding and reporting requirements.  Exempt holders should indicate their exempt status on Form W-9.  In order for a foreign individual to qualify as an exempt recipient, such individual must submit a Form W-8 BEN, signed under penalties of perjury, attesting to such individual's exempt status.  A Form W-9 BEN can be obtained from the Internal Revenue Service.  Please note that there are additional Form W-8 BEN's if the W-8 BEN does not apply to your particular situation.   The additional forms can be accessed at www.IRS.com.

**Note: Please retain photocopies for your own records**

TERRENCE D. HOWARD, Investor-Beneficiary

Care of: TERRENCE D. HOWARD
2121 WEST IMPERIAL HIGHWAY, SUITE 453
LA HABRA, CA 90631

To: UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
JAMES A. BYRNE U.S. COURT-601 MARKET STREET
PHILADELPHIA, PA 19106

06/01/2024

Attn: Indenture Trustee

We are delivering the Tender of Payment in pursuance to the Trust Indenture Act of 1939 on behalf of the United States to you as agent for principal-beneficiary. We request that as soon as possible, you deliver to the Indenture Trustee, this "deposit" and exchange for settlement and closure of Account No. 2:22-CV-5042, with UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF PENNSYLVANIA. This government obligation is backed by the full faith and Credit of the United States to carry out services to improve and manage receipts of the United States Government. The INTERNAL REVENUE SERVICE received a 1099-A filed by the issuer for the credits and Signature used or exchanged for value. You are hereby instructed to deposit the security, and deliver them to the Indenture Trustee, as trustee under the Trust Indenture Act of 1939. Any lack of performance on your part will result in action by the Principal and beneficiary of the account will hold you liable for injuries up to Ten Million Dollars USD in a court of equity. The Principal of Account wishes that the account be settled within 10 days.

Respectfully Submitted

Dated: 06/01/2024

Accepted and approved
Principal/Grantor/Beneficiary

Copies to:

Department of the Treasury/Internal Revenue Service, Cincinnati, Ohio
45280-2501

| **Performance Bond For Other Than Construction Contracts** (See Instructions on Page 3) | **Date Bond Executed (Must be same or later than date of contract)** 12/19/2022 | **OMB Control Number: 9000-0001** **Expiration Date: 1/31/2027** |
|---|---|---|

| Principal (Legal name and business address) | Type of Organization ("X" one) | | |
|---|---|---|---|
| Terrence Dashon Howard-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 2121 W, Imperial Highway, Suite 453 La Habra, Ca 90631 | ☐ Individual ☐ Joint Venture | ☐ Partnership ☒ Corporation | |

State of Incorporation
CALIFORNIA

| Surety(ies) (Name(s) and business address(es)) | Penal Sum of Bond | | | |
|---|---|---|---|---|
| TERRENCE DASHON HOWARD | Million(s) | Thousand(s) | Hundred(s) | Cents |
| 2121 W, IMPERIAL HIGHWAY, SUITE 453 | TWO | 000 | 000 | 00 |
| LA HABRA, CALIFORNIA 90631 | Contract Date 12/19/2022 | | Contract Number 2:22-CV-5042 | |
| | Option Date | | Option Number | |

**Obligation:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**Conditions:**

The Principal has entered into the contract identified above.

**Therefore:**

The above obligation is void if the Principal; (1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during either the base term or an optional term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) is waived.

The guaranty for a base term covers the initial period of performance of the contract and any extensions thereof excluding any options. The guaranty for an option term covers the period of performance for the option being exercised and any extensions thereof.

The failure of a surety to renew a bond for any option term shall not result in a default of any bond previously furnished covering any base or option term.

**Witness:**

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| Authorized For Local Reproduction Previous Edition Is Not Usable | **STANDARD FORM 1418 (REV. 10/2023)** Prescribed by GSA-FAR (48 CFR) 53.228(n) |
|---|---|

**Principal**

| | | |
|---|---|---|
| Signature(s) | 1. (Seal) | 2. (Seal) |
| Name(s) and Title(s) (Typed) | 1. TERRENCE DASHON HOWARD/AUTH REPRE | 2. |

Corporate Seal

**Individual Surety(ies)**

| | | |
|---|---|---|
| Signature(s) | 1. (Seal) | 2. (Seal) |
| Name(s) (Typed) | 1. | 2. |

**Corporate Surety(ies)**

| Surety A | Name and Address | | State of Incorporation | Liability Limit $ |
|---|---|---|---|---|
| | Signature(s) | 1. | 2. | |
| | Name(s) and Title(s) (Typed) | 1. | 2. | |

Corporate Seal

| Surety B | Name and Address | | State of Incorporation | Liability Limit $ |
|---|---|---|---|---|
| | Signature(s) | 1. | 2. | |
| | Name(s) and Title(s) (Typed) | 1. | 2. | |

Corporate Seal

| Surety C | Name and Address | | State of Incorporation | Liability Limit $ |
|---|---|---|---|---|
| | Signature(s) | 1. | 2. | |
| | Name(s) and Title(s) (Typed) | 1. | 2. | |

Corporate Seal

| Surety D | Name and Address | | State of Incorporation | Liability Limit $ |
|---|---|---|---|---|
| | Signature(s) | 1. | 2. | |
| | Name(s) and Title(s) (Typed) | 1. | 2. | |

Corporate Seal

| Surety E | Name and Address | | State of Incorporation | Liability Limit $ |
|---|---|---|---|---|
| | Signature(s) | 1. | 2. | |
| | Name(s) and Title(s) (Typed) | 1. | 2. | |

Corporate Seal

**STANDARD FORM 1418** (REV. 10/2023) **PAGE 2**

Dear Sir/Madam

## LETTER OF INSTRUCTION

I, TERRENCE DASHON HOWARD, hereby U.S. Department of treasury act as Fiduciary Trustee for the following period. [DATE] – June 1, 2024-September 1, 2024. Not to exceed more than 90 days.

Secretary of Treasury, is author to do as follows:

To provide safekeeping, transfer and settlement for security issued by Issuer, via attached statement as an "Order of Withdrawal" and transfer against payment to settle and close a contract with United States Department of Treasury.  Securities Account should be understood as a recognition of the Participant's security Entitlement in that Book-Entry Security as an entitlement holder under Applicable regulations or Article 8 of the Uniform Commercial Code.

Receiver is an "FPM Customer" Title 12 Chapter II Subchapter A § 210.2 handles the Instrument as a non-cash item for proper credit.

If you have any questions regarding the subject matter, please contact me by email: thowardtech@gmail.com

I look forward to your performance.

Yours Faithfully,

Terrence D. Howard

Copies sent to:

Dept of Treasury
Internal Revenue Service
P.O. Box 802501
Cincinnati, OH 45280-2501

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,                    )
                    Plaintiff,               )     Case No. 2:22-cv-5042
          v.                                 )
                                             )
TERRENCE HOWARD,                             )
                    Defendant.               )

*This Bill is acknowledged as a Bill of Credit and is Accepted For Value and Returned for Value.*
*Deposit for credit on account redeemed in lawful money or Tender for discharge.*
*BY Accommodation _____, Beneficiary*
*Exemption ID: 300707922*
*Pay to: United States Treasury charges the same to TERRENCE DASHON HOWARD 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*
*Cesti Que Acct.*
*Credit to: UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA*
*Pursuant to HJR-192(P.L.) 73-10, 4305 (B)(2), 3123, 18 USC 8*
*"All Rights Retained*
*By: Accommodation:*

**UNITED STATES' RENEWED MOTION FOR DEFAULT JUDGMENT AGAINST
TERRENCE HOWARD**

The United States of America moves for default judgment against Defendant Terrence

Howard pursuant to Fed. R. Civ. P. 55(b)(1). Defendant has failed to appear, plead, or otherwise

defend himself in this action. On December 20, 2023, the Clerk of Court entered default against

him pursuant to Fed. R. Civ. P. 55(a). (Doc. No. 21.)

The United States requests that the Clerk of Court enter judgment in favor of the United

States and against Defendant with respect to his unpaid federal income tax assessments, statutory

additions, and interest in the amount of $903,114.72, plus statutory additions and interest accruing

after December 4, 2023 on all amounts, as provided by law.

A memorandum in support, the declaration of IRS Revenue Officer Scott Colwell, a

proposed order granting default judgment, and Exhibits A-B accompany this motion.

*(Signature on next page.)*

1

Dated: January 8, 2024

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Maria E. Ruwe*
MARIA E. RUWE
Trial Attorney, Tax Division
Ohio Bar No.: 0101114
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-746-1624 (v)
202-514-6866 (f)
Maria.E.Ruwe@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties registered to receive such notice.

Additionally, I hereby certify that on January 8, 2024, I caused a copy of the foregoing document to be mailed via U.S. mail to the below addresses:

Terrence Howard
3008 Spring Mill Road
Plymouth Meeting, PA 19462

Terrence Howard
2161 S. Farrell Ct.
La Habra, CA 90631

Terrence Howard
2108 Ash Lane
Lafayette Hills, PA 19444

/s/ Maria E. Ruwe
MARIA E. RUWE
Trial Attorney
United States Department of Justice, Tax Division

3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:22-cv-5042 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TERRENCE HOWARD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM IN SUPPORT OF THE UNITED STATES' RENEWED MOTION FOR DEFAULT JUDGMENT AGAINST TERRENCE HOWARD

The United States filed this case to collect the unpaid income tax liabilities assessed against Defendant Terrence Howard. On September 22, 2023, the United States filed its initial motion for default judgment against Defendant Terrence Howard. (Doc. No. 13.) After a hearing was held on the motion, the Court requested that the United States undertake additional service efforts upon Defendant Howard. On October 27, 2023, Defendant Howard was personally served with the complaint and summons. (Doc. No. 18.) Despite having been properly served, Defendant Howard has not answered or otherwise defended this action. The Clerk of Court entered default against him on December 20, 2023. (Doc. No. 21). Because the well-pleaded facts prove Defendant Howard's liability, default judgment should be entered against him under Fed. R. Civ. P. 55(b)(1).

### Background

The United States filed this action on December 19, 2022. (Doc. No. 1.) The United States seeks judgment against Defendant Terrence Howard for federal income tax liabilities for the 2010, 2011, 2016, 2017, and 2019 tax years. (*Id.*)

1

On October 27, 2023, service was effected against Defendant Terrence Howard under Fed. R. Civ. P. 4(e)(2)(A). The process server personally served Defendant Howard with the complaint and summons. (Doc. No. 18.) The undersigned also received a voicemail message from Defendant Howard, which further indicates his awareness of this suit. (*See* Ex. A.)

Defendant Howard's response was due on November 17, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i) (requiring a defendant to submit a responsive pleading within 21 days after being served with the summons and complaint). On November 27, 2023, the Court ordered Defendant Howard to respond to the complaint by December 8, 2023, or else default would be entered upon the Government's request. (Doc. No. 19.) Defendant Terrence Howard failed to answer or otherwise respond to the complaint.

**Argument**

**I.      This Court Has Subject Matter Jurisdiction over the Suit.**

This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1340, and 1345, and 26 U.S.C. § 7402(a). (Doc. No. 1, ¶ 1.) Section 1331 provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Section 1340 provides that "[t]he district courts shall have original jurisdiction of any civil action arising under any Act of Congress providing for internal revenue . . . ." Section 1345 provides that "the district courts shall have original jurisdiction of all civil actions, suits or proceedings commenced by the United States, or by any agency or officer thereof expressly authorized to sue by Act of Congress." Lastly, section 7402(a) of the Internal Revenue Code provides that "[t]he district courts of the United States at the instance of the United States shall have such jurisdiction to make and issue in civil actions, . . . and to render such judgments and decrees as may be necessary or appropriate for the enforcement of the internal revenue laws."

The Court has subject matter jurisdiction because this suit has been brought by the United States to reduce Defendant's unpaid federal income tax liabilities, penalties, and interest to judgment. This action constitutes: (a) a civil action arising under the Constitution, laws, or treaties of the United States pursuant to 28 U.S.C. § 1331; (b) a "civil action . . . providing for internal revenue" pursuant to 28 U.S.C. § 1340; (c) a "civil action . . . commenced by the United States" pursuant to 28 U.S.C. § 1345; and (d) a suit necessary to enforce the internal revenue laws pursuant to 26 U.S.C. § 7402(a). This Court therefore has subject matter jurisdiction over this matter.

## II. Defendant Howard Was Properly Served with the Complaint and Summons.

To obtain default judgment, the plaintiff must properly serve the defendant with the summons and complaint. *Carruth v. Pennsylvania*, 779 Fed. Appx. 993, 995 (3d Cir. 2019). Fed. R. Civ. P. 4(e)(2)(A) provides that an individual may be served if a copy of the summons and complaint is delivered to the individual personally. Here, the process server effected service by personally serving Defendant Howard with the complaint and summons. (Doc. No. 18.)

Furthermore, Defendant Howard is aware of this lawsuit. On November 14, 2023, the undersigned received a voicemail message from Defendant Howard, in which he referenced this lawsuit. A transcription of the voicemail message is attached as Exhibit A.

## III. This Court Has Personal Jurisdiction over Defendant Howard.

A court must have personal jurisdiction over the defendant before granting default judgment. *D'Onofrio v. Il Mattino*, 430 F. Supp.2d 431, 437 (E. D. Pa. 2006). Personal jurisdiction can be either general or specific. *Aldossari on Behalf of Aldossari v. Ripp*, 49 F.4th 236, 257 (3d Cir. 2022). "[A]n individual is subject to general jurisdiction in her place of domicile." *Ford Motor Co. v. Montana Eighth Jud. Dist. Ct.*, 141 S. Ct. 1017, 1024 (2021). Domicile is established by an "objective physical presence in the state or territory coupled with a subjective intention to remain

3

there indefinitely." *Washington v. Hovesna, LLC*, 652 F.3d 340, 344 (3d. Cir. 2011). Several factors are considered when determining an individual's domicile, including payment of personal taxes, house of residence, declarations, exercise of political rights, driver's license and vehicle registration, and location of spouse and family. *Id.*

Defendant Howard is domiciled at 3008 Spring Mill Road, Plymouth Meeting, Pennsylvania 19462 (the "**Spring Mill address**"), which is within the Eastern District of Pennsylvania, for at least three reasons. First, Defendant Howard has a Pennsylvania driver's license. (Decl. of IRS Revenue Officer Scott Colwell ¶ 13 ("**Colwell Decl.**").) The address on Defendant's driver's license is the Spring Mill address. (*Id.*) Second, Defendant Howard represents to the IRS that he lives at the Spring Mill address. For example, Defendant Howard listed the Spring Mill address on his 2019, 2020, and 2022 tax returns. (*Id.* ¶ 14.) Also, Defendant Howard requested an extension of time to file his 2021 and 2022 tax returns. (Colwell Decl. ¶ 15.) On both extension requests, Defendant Howard listed the Spring Mill address as his address. (*Id.*) Lastly, in 2022, Defendant Howard's attorney asserted in a California state court pleading that Defendant Howard resides in Pennsylvania. (*See* Doc. No. 13-8, ¶ 2.) This establishes that Defendant Howard is domiciled at the Spring Mill address.

IV.   **Default Judgment Should be Entered against Terrence Howard.**

Under Rule 55(b)(1), the Clerk may properly enter default judgment when three requirements are satisfied: (1) the relief is for a sum certain or which can be made certain by computation; (2) the defendant has not made an appearance; and (3) the defendant is neither an infant nor an incompetent person. *See Manufacturers and Traders Tr. Co. v. Chalpin Dental Associates, P.C.*, No. CIV.A. 10-7342, 2012 WL 1033862, at *8 (E.D. Pa. Mar. 28, 2012) (quoting

*Byrd v. Keene Corp.*, 104 F.R.D. 10, 11-12 (E.D. Pa. 1984)). Here, all three requirements have been met and default judgment should be entered.

First, the amount sought against Defendant is for a sum certain as stated in the attached declaration of Revenue Officer Scott Colwell. As of December 4, 2023, Defendant Howard was indebted to the United States in the sum of $903,114.72 for unpaid federal income taxes, penalties, and interest for the 2010, 2011, 2016, 2017, and 2019 tax years. (Colwell Decl. ¶¶ 8, 9.) Interest and statutory additions will continue to accrue after December 4, 2023 until the liability is paid in full. (*Id.* ¶ 9.)

The United States seeks a judgment that includes interest and statutory additions, which is still a claim for a sum certain or a sum that can be made certain by computation. Interest and statutory additions are statutorily fixed and capable of mathematical calculation. These amounts will continue to accrue on a tax debt even if judgment has been entered. Under 28 U.S.C. § 1961(c)(1), the federal post-judgment interest rate does not apply to a federal tax debt; the post-judgment rate accrues in the same manner as other debts as set forth in the Internal Revenue Code. Here, statutory interest accrued from the date Defendant's tax liabilities became due and continue to accrue daily until his tax liabilities are paid in full pursuant to 26 U.S.C. § 6601. The interest rate is calculated and readjusts pursuant to 26 U.S.C. § 6621.

Additionally, statutory additions are located in Chapter 68 of the Internal Revenue Code. Here, the statutory additions that have accrued are for four types of penalties: (1) penalty for not prepaying the tax; (2) penalty for late payment of the tax; (3) penalty for failing to file the tax return by the due date; and (4) an accuracy-related penalty. Each penalty assessed here is fixed by statute and is mathematically calculated based on the tax due and the time elapsed. *See* 26 U.S.C.

5

§§ 6651(a)(1) (failure to file); 6651(a)(2) (late payment); 6654 (failure to prepay); 6662 (accuracy-related penalty).

Default judgment should be entered against Defendant Howard under Fed. R. Civ. P. 55(b)(1). Because the interest and statutory additions are fixed by statute, the amount sought is for a sum certain, even if the precise amount will not be known until the entire judgment has been paid. *See United States v. Mulvenna*, 367 Fed. Appx. 348, 351 (3d Cir. 2010)(unpublished) (noting that, in the United States' suit to reduce to judgment federal tax assessments, the clerk properly entered default judgment against defendant under Rule 55(b)(1), because the United States' claim was for a sum certain detailed in a declaration accompanying the request for default judgment); *see also United States v. Greer*, No. 18-CV-2497, 2020 WL 5834840, at *4 (D.D.C. Sept. 30, 2020) ("Unpaid taxes, statutory penalties, and interest may qualify as a sum certain, because they can be calculated by using formulas set forth in provisions of the tax code.").

Second, as detailed above, Defendant has not appeared in this suit despite receiving notice, and an entry of default was properly entered against him.

Finally, Defendant is not a minor, incompetent, or a member of the armed forces. (Doc. No. 20-1, Decl. of Maria E. Ruwe ¶¶ 12, 13).

/

//

//

//

//

//

6

INTERNATIONAL BILLE OF EXCHANGE - INTERNATIONAL BILLE OF EXCHANGE - INTERNATIONAL BILL OF EXCHANGE
DESTRUCTION, MUTILATION OR SURRENDER TO MAKER DISCHARGES LIABILITY HEREIN

TDHT-0001

(UNICITRAL CONVENTION 1988)
TERRENCE DASHON HOWARD LIVING
TRUST
U.S. TRUST NO. 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
TREASURY ACCOUNT NO. 300707922
Full Faith & Credit: H96438640

08 JUNE 2024

VOID WHERE PROHIBITED BY LAW

REMIT AT PAR, PAY AT
SIGHT TO THE ORDER OF": **UNITED STATES TREASURY**

TWO MILLION 00/100************************************************

$   ***2,000,000***********

DOLLARS

Reference:   Pay To Bearer On Demand, Special Endorsement equal to the sum Federal Reserve Notes.

Memo:   FOR: Case No. 2:22-CV-5042

By:

Without Recourse, UCC 1-308

FOR VALUE RECEIVED, Drawer irrevocably and unconditionally without Protest or Notification Promises to Pay against Promissory Note # TDHT 0001 ON DEMAND upon presentation and surrender of this Note to secure payment to the Beneficiary noted above. This Instrument is Negotiable and is PAYABLE ON DEMAND to the Beneficiary in accordance with GA Commercial Code § 3104 (UCC § 3-104) and other laws as noted below. This ONE-TIME PAYMENT is on account for full settlement and closure on FRB account # 96438640 Routing # 0810-0004-5. Deposit for credit exchange for non-redeemable federal reserve notes face value.

| NOTE DATE | NOTE NUMBER | PAYEE NAME | CREDIT AMOUNT | TRANSFER AMOUNT | TOTAL PAYOFF |
|---|---|---|---|---|---|
| 08 JUNE 2024 | TDHT-0001 | TERRENCE D. HOWARD | $2,000,000 | 2,000,000 | $2,000,000 |

FF&C: #H-96438640   (PRE-PAID) On Deposit with DEPOSITORY TRUST CORPORATION

SPECIAL CREDITS FOR:   Account 30-0727922 / H96438640

THIS PLEDGE IN THE SUM OF:   ***********************$2,000,000 *********************

PAY TO:   UNITED STATES DEPARTMENT OF TREASURY

DATE:   08 JUNE 2024

PAYABLE:   (Payable on Demand and Redeemable in Lawful Money or Credit of Exchange (12 USC Section 411). This Note is backed by the full faith and credit of the United States Government pursuant to 31 USC 5116, 12 USC 1831 (l)(1), & IRC 6603), 18 USC 8. Special qualified endorsement.

MEMO:   Issued pursuant to PUBLIC LAW 73-10 (See Title 31 USC 5116 and Public Law 10 chapter 48, STAT 112 48, 112), SFAS 140, FAR 32.905 (b), Title 50 Ch 53 Sec. 4307 (2), IRS PUB 537, Section 483 Cash Method Debt Instrument

8080 ☐ VOID ☐ CORRECTED

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0877 | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| TERRENCE DASHON HOWARD TRUST 2121 WEST IMPERIAL HIGHWAY, SUITE 453 LA HABRA, CALIFORNIA 90631 | | Form **1099-A** (Rev. January 2022) For calendar year 20 23 | |

| LENDER'S TIN 30-0707922 | BORROWER'S TIN 520907065 | **1** Date of lender's acquisition or knowledge of abandonment 05/31/2024 | **2** Balance of principal outstanding $2,000,000 | **Copy A** **For Internal Revenue Service Center** |
|---|---|---|---|---|
| BORROWER'S name U.S. DEPT OF TREASURY'' | | **3** | **4** Fair market value of property $2,000,000 | **File with Form 1096.** |
| Street address (including apt. no.) 1500 PENNSYLVANIA AVENUE | | **5** Check if the borrower was personally liable for repayment of the debt ▶ ☐ | | For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns.** |
| City or town, state or province, country, and ZIP or foreign postal code WASHINGTON, D.C. 20220 | | **6** Description of property UNPAID TAXES PAY TO THE ORDER OF U.S. TREASURY | | |
| Account number (see instructions) 300707922 | | | | |

Form **1099-A** (Rev. 1-2022)   Cat. No. 14412G   www.irs.gov/Form1099A   Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

8080 ☐ VOID ☐ CORRECTED

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0877 | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| | | Form **1099-A** (Rev. January 2022) For calendar year 20 ____ | |

| LENDER'S TIN | BORROWER'S TIN | **1** Date of lender's acquisition or knowledge of abandonment | **2** Balance of principal outstanding $ | **Copy A** **For Internal Revenue Service Center** |
|---|---|---|---|---|
| BORROWER'S name | | **3** | **4** Fair market value of property $ | **File with Form 1096.** |
| Street address (including apt. no.) | | **5** Check if the borrower was personally liable for repayment of the debt ▶ ☐ | | For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns.** |
| City or town, state or province, country, and ZIP or foreign postal code | | **6** Description of property | | |
| Account number (see instructions) | | | | |

Form **1099-A** (Rev. 1-2022)   Cat. No. 14412G   www.irs.gov/Form1099A   Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

8080 ☐ VOID ☐ CORRECTED

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0877 | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| | | Form **1099-A** (Rev. January 2022) For calendar year 20 ____ | |

| LENDER'S TIN | BORROWER'S TIN | **1** Date of lender's acquisition or knowledge of abandonment | **2** Balance of principal outstanding $ | **Copy A** **For Internal Revenue Service Center** |
|---|---|---|---|---|
| BORROWER'S name | | **3** | **4** Fair market value of property $ | **File with Form 1096.** |
| Street address (including apt. no.) | | **5** Check if the borrower was personally liable for repayment of the debt ▶ ☐ | | For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns.** |
| City or town, state or province, country, and ZIP or foreign postal code | | **6** Description of property | | |
| Account number (see instructions) | | | | |

Form **1099-A** (Rev. 1-2022)   Cat. No. 14412G   www.irs.gov/Form1099A   Department of the Treasury - Internal Revenue Service

8585

☐ VOID   ☐ CORRECTED

**CREDITOR'S** name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

TERRENCE DASHON HOWARD TRUST
2121 WEST IMPERIAL HIGHWAY, SUITE 453
LA HABRA, CALIFORNIA 90631

| 1 Date of identifiable event | OMB No. 1545-2281 | |
| 05/31/2024 | | |
| 2 Amount of debt discharged | Form **1099-C** | **Cancellation of Debt** |
| $ 2,000,000 | (Rev. January 2022) | |
| 3 Interest, if included in box 2 | For calendar year | |
| $ 2,000,000 | 20 23 | |

| CREDITOR'S TIN | DEBTOR'S TIN | 4 Debt description | **Copy A** |
| 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 | 520907065 | UNPAID TAXES | **For** |
| | | PAY TO THE ORDER OF U.S. TREASURY | **Internal Revenue** |

DEBTOR'S name
UNITED STATES DEPT OF TREASURY

**Service Center**

**File with Form 1096.**

Street address (including apt. no.)
1500 PENNSYLVANIA AVENUE

5 Check here if the debtor was personally liable for repayment of the debt . . . . . . . . ▶ ☒

For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns.**

City or town, state or province, country, and ZIP or foreign postal code
WASHINGTON, D.C. 20220

Account number (see instructions)
300707922

| 6 Identifiable event code | 7 Fair market value of property |
| | $ |

Form **1099-C** (Rev. 1-2022)   Cat. No. 26280W   www.irs.gov/Form1099C   Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

---

8585

☐ VOID   ☐ CORRECTED

CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

| 1 Date of identifiable event | OMB No. 1545-2281 | |
| | | |
| 2 Amount of debt discharged | Form **1099-C** | **Cancellation of Debt** |
| $ | (Rev. January 2022) | |
| 3 Interest, if included in box 2 | For calendar year | |
| $ | 20 ____ | |

| CREDITOR'S TIN | DEBTOR'S TIN | 4 Debt description | **Copy A** |
| | | | **For** |
| | | | **Internal Revenue** |

DEBTOR'S name

**Service Center**

**File with Form 1096.**

Street address (including apt. no.)

5 Check here if the debtor was personally liable for repayment of the debt . . . . . . . . ▶ ☐

For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns.**

City or town, state or province, country, and ZIP or foreign postal code

Account number (see instructions)

| 6 Identifiable event code | 7 Fair market value of property |
| | $ |

Form **1099-C** (Rev. 1-2022)   Cat. No. 26280W   www.irs.gov/Form1099C   Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

---

8585

☐ VOID   ☐ CORRECTED

CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

| 1 Date of identifiable event | OMB No. 1545-2281 | |
| | | |
| 2 Amount of debt discharged | Form **1099-C** | **Cancellation of Debt** |
| $ | (Rev. January 2022) | |
| 3 Interest, if included in box 2 | For calendar year | |
| $ | 20 ____ | |

| CREDITOR'S TIN | DEBTOR'S TIN | 4 Debt description | **Copy A** |
| | | | **For** |
| | | | **Internal Revenue** |

DEBTOR'S name

**Service Center**

**File with Form 1096.**

Street address (including apt. no.)

5 Check here if the debtor was personally liable for repayment of the debt . . . . . . . . ▶ ☐

For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns.**

City or town, state or province, country, and ZIP or foreign postal code

Account number (see instructions)

| 6 Identifiable event code | 7 Fair market value of property |
| | $ |

Form **1099-C** (Rev. 1-2022)   Cat. No. 26280W   www.irs.gov/Form1099C   Department of the Treasury - Internal Revenue Service

# 2023 Form 1040-V 

Department of the Treasury
**Internal Revenue Service**

## What Is Form 1040-V?

It's a statement you send with your check or money order for any balance due on the "Amount you owe" line of your 2023 Form 1040, 1040-SR, or 1040-NR.

## Consider Making Your Tax Payment Electronically—It's Easy

You can make electronic payments online, by phone, or from a mobile device. Paying electronically is safe and secure. When you schedule your payment, you will receive immediate confirmation from the IRS. Go to *www.irs.gov/Payments* to see all your electronic payment options.

## How To Fill in Form 1040-V

**Line 1.** Enter your social security number (SSN).

If you are filing a joint return, enter the SSN shown first on your return.

**Line 2.** If you are filing a joint return, enter the SSN shown second on your return.

**Line 3.** Enter the amount you are paying by check or money order. If paying online at *www.irs.gov/Payments*, don't complete this form.

**Line 4.** Enter your name(s) and address exactly as shown on your return. Please print clearly.

## How To Prepare Your Payment

• Make your check or money order payable to "**United States Treasury**." Don't send cash. If you want to pay in cash, in person, see *Pay by cash*, later.

• Make sure your name and address appear on your check or money order.

• Enter your daytime phone number and your SSN on your check or money order. If you have an Individual Taxpayer Identification Number (ITIN), enter it wherever your SSN is requested. If you are filing a joint return, enter the SSN shown first on your return. Also, enter "2023 Form 1040," "2023 Form 1040-SR," or "2023 Form 1040-NR," whichever is appropriate.

• To help us process your payment, enter the amount on the right side of your check like this: $ XXX.XX. Don't use dashes or lines (for example, don't enter "$ XXX—" or "$ XXX ˣˣ/₁₀₀").

**Notice to taxpayers presenting checks.** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**No checks of $100 million or more accepted.** The IRS can't accept a single check (including a cashier's check) for amounts of $100,000,000 ($100 million) or more. If you are sending $100 million or more by check, you will need to spread the payments over two or more checks, with each check made out for an amount less than $100 million.

**Pay by cash.** This is an in-person payment option for individuals provided through retail partners with a maximum of $1,000 per day per transaction. To make a cash payment, you must first be registered online at *www.acipayonline.com*, our official payment provider. Click on "Federal IRS payments" to make your payment.

## How To Send in Your 2023 Tax Return, Payment, and Form 1040-V

• Don't staple or otherwise attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.

• Mail your 2023 tax return, payment, and Form 1040-V to the address shown on the back that applies to you.

## How To Pay Electronically

### Pay Online

Paying online is convenient, secure, and helps make sure we get your payments on time. You can pay using either of the following electronic payment methods. To pay your taxes online or for more information, go to *www.irs.gov/Payments*.

### IRS Direct Pay

Pay your taxes directly from your checking or savings account at no cost to you. You receive instant confirmation that your payment has been made, and you can schedule your payment up to 30 days in advance.

### Debit or Credit Card

The IRS doesn't charge a fee for this service; the card processors do. The authorized card processors and their phone numbers are all online at *www.irs.gov/Payments*.

---

Cat. No. 20975C

Separate here and mail with your payment and return.

Form **1040-V** (2023)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Form **1040-V**
Department of the Treasury
Internal Revenue Service

## Payment Voucher

Do not staple or attach this voucher to your payment or return.
Go to *www.irs.gov/Payments* for payment options and information.

OMB No. 1545-0074

**2023**

| 1 Your social security number (SSN)<br>(if a joint return, SSN shown first on your return) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order. Make your check or money order payable to "United States Treasury" | |
|---|---|---|---|
| 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 | | | -2,000,000 |

**Print or type**

| 4 Your first name and middle initial | | Last name | | | | |
|---|---|---|---|---|---|---|
| TERRENCE D. | | HOWARD | | | | |
| If a joint return, spouse's first name and middle initial | | Last name | | | | |
| | | | | | | |
| Home address (number and street) | Apt. no. | City, town, or post office. If you have a foreign address, also complete spaces below. | | State | ZIP code | |
| 2121 WEST IMPERIAL HIGHWAY, SUITE 453 | | LA HABRA | | CA | 90631 | |
| Foreign country name | | Foreign province/state/county | | Foreign postal code | | |
| | | | | | | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see your tax return instructions.

Cat. No. 20975C

Do Not Staple   6969

Form **1096**

Department of the Treasury
Internal Revenue Service

**Annual Summary and Transmittal of
U.S. Information Returns**

OMB No. 1545-0108

20**24**

FILER'S name

*Terrance Dashon Howard*

Street address (including room or suite number)

*2121 West Imperial Highway, Suite 453*

City or town, state or province, country, and ZIP or foreign postal code

*LA Habra, Ca 90631*

Name of person to contact

*Terrance D. Howard*

Telephone number

Email address

Fax number

**For Official Use Only**

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| 52-0907065 | 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 | 2 | $ 2,000,000 | $ 2,000,000 |

6 Enter an "X" in only one box below to indicate the type of form being filed.

| W-2G 32 | 1097-BTC 50 | 1098 81 | 1098-C 78 | 1098-E 84 | 1098-F 03 | 1098-Q 74 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | | 1099-DIV 91 | 1099-G 86 | 1099-INT 92 | 1099-K 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | | ☐ | ☐ | ☐ | ☐ |

| 1099-LS 16 | 1099-LTC 93 | 1099-MISC 95 | 1099-NEC 71 | 1099-OID 96 | 1099-PATR 97 | 1099-Q 31 | 1099-QA 1A | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 1099-SB 43 | 3921 25 | 3922 26 | 5498 28 | 5498-ESA 72 | 5498-QA 2A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 5498-SA 27 |
|---|
| ☐ |

**Return this entire page to the Internal Revenue Service. Photocopies are not acceptable.**
**Send this form, with the copies of the form checked in box 6, to the IRS in a flat mailer (not folded).**

Under penalties of perjury, I declare that I have examined this return and accompanying documents and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature _____   Title *Beneficiary*   Date *6/01/2024*

## Instructions

**Future developments.** For the latest information about developments related to Form 1096, such as legislation enacted after it was published, go to *www.irs.gov/Form1096*.

**Reminder.** You may be required to electronically file (e-file) information returns. Go to *www.irs.gov/inforeturn* for e-file options. Also, see part F in the 2024 General Instructions for Certain Information Returns.

**Purpose of form.** Use this form to transmit paper Forms 1097, 1098, 1099, 3921, 3922, 5498, and W-2G to the IRS.

**Caution:** Form 5498-QA can only be filed on paper, regardless of the number of returns.

**Who must file.** Any person or entity who files any form checked in box 6 above must file Form 1096 to transmit these forms to the IRS.

**Caution:** Your name and taxpayer identification number (TIN) (employer identification number (EIN) or social security number (SSN)) must match the name and TIN used on your 94X series tax return(s) or you may be subject to information return penalties. Do not use the name and/or TIN of your paying agent or service bureau.

Enter the filer's name, address (including room, suite, or other unit number), and TIN in the spaces provided on the form. The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Form 1097, 1098, 1099, 3921, 3922, 5498, or W-2G.

**When to file.** If any date falls on a Saturday, Sunday, or legal holiday in the District of Columbia or where the return is to be filed, the due date is the next business day. File Form 1096 in the calendar year following the year for which the information is being reported, as follows.

• With Forms 1097, 1098, 1099, 3921, 3922, or W-2G, file by February 28.*
• With Forms 1099-NEC, file by January 31.
• With Forms 5498, file by May 31.
* Leap years do not impact the due date. See Announcement 91-179, 1991-49 I.R.B. 78, for more information.

**Where To File**

Send all information returns filed on paper with Form 1096 to the following.

| If your principal business, office or agency, or legal residence in the case of an individual, is located in: | Use the following address: |
|---|---|
| Alabama, Arizona, Arkansas, Delaware, Florida, Georgia, Kentucky, Maine, Massachusetts, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Texas, Vermont, Virginia | Internal Revenue Service P.O. Box 149213 Austin, TX 78714-9213 |
| Alaska, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Montana, Nebraska, Nevada, North Dakota, Oklahoma, Oregon, South Carolina, South Dakota, Tennessee, Utah, Washington, Wisconsin, Wyoming | Internal Revenue Service Center P.O. Box 219256 Kansas City, MO 64121-9256 |

**For more information and the Privacy Act and Paperwork Reduction Act Notice, see the 2024 General Instructions for Certain Information Returns.**

Cat. No. 14400O      Form **1096** (2024)

Form **2848**
(Rev. January 2021)
Department of the Treasury
Internal Revenue Service

# Power of Attorney
# and Declaration of Representative

▶ Go to *www.irs.gov/Form2848* for instructions and the latest information.

OMB No. 1545-0150

**For IRS Use Only**

Received by:

Name _____
Telephone _____
Function _____
Date ___ / ___ / ___

## Part I   Power of Attorney

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1   Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address | Taxpayer identification number(s) |
|---|---|
| TERRENCE DASHON HOWARD<br><br>2121 WEST IMPERIAL HIGHWAY, SUITE 453<br>LA HABRA, CALIFORNIA 90631 | 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    30-0707922    300707922<br><br>Daytime telephone number          Plan number (if applicable) |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2   Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| TERRENCE DASHON HOWARD, Attorney in Fact<br><br>TERRENCE DASHON HOWARD<br>2121 WEST IMPERIAL HIGHWAY, SUITE 453, LA HABRA, CA | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____ |
| Check if to be sent copies of notices and communications ☐ | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address<br><br>Internal Revenue Service<br>Daniel Werfel, d/b/a IRS Commissioner<br>1111 Constitution Avenue, NW, Washington, D.C. 20224 | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____ |
| Check if to be sent copies of notices and communications ☐ | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address<br><br><br><br>(Note: IRS sends notices and communications to only two representatives.) | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address<br><br><br><br>(Note: IRS sends notices and communications to only two representatives.) | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3   Acts authorized (you are required to complete line 3).** Except for the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| Income, Employment, Payroll Excise, Gift, Whistle Blower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec 5000A shared, | | |
| Continued from previous line) Responsibility Payment, Sec. 4980H, Shared Responsibility Psyment Credits, Pledges, Endorsement | | 2000-2014 |
| | | |

**4   Specific use not recorded on the Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See *Line 4. Specific Use Not Recorded on CAF* in the instructions   .   .   .   .   .   .   .   .   .   .   .   ▶ ☐

**5a   Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information): ☐ Access my IRS records via an Intermediate Service Provider;
☐ Authorize disclosure to third parties;   ☐ Substitute or add representative(s);   ☐ Sign a return;  _____

_____
_____

☑ Other acts authorized:  As the personal representative, principal, secured party, and master account holder with inheritance of credit with equal exchange for USD. I authorize all acts to expoae and hold accountable all trespassers to my estate that is by audit of the

*Complete Master FILE*

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.          Cat. No. 11980J          Form **2848** (Rev. 1-2021)

Form 2848 (Rev. 1-2021)        Page **2**

**b**   **Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.
List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b): --------------------------
----------------------------------------------------------------------------------------------------------------------------------------------

**6**   **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this form. If you **do not** want to revoke a prior power of attorney, check here   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   ▶ ☐
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7**   **Taxpayer declaration and signature.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, partnership representative (or designated individual, if applicable), executor, receiver, administrator, trustee, or individual other than the taxpayer, I certify I have the legal authority to execute this form on behalf of the taxpayer.
     ▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

                                                         General/Executor

| Signature | Date | Title (if applicable) |
|---|---|---|
| Terrence Dashon Howard | TERRENCE DASHON HOWARD | |
| Print name | Print name of taxpayer from line 1 if other than individual | |

*(Signature, Date "6/04/2024", and handwritten "TERRENCE DaShon HowarD" present)*

| **Part II** | **Declaration of Representative** |
|---|---|

Under penalties of perjury, by my signature below I declare that:
- I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;
- I am subject to regulations in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
- I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
- I am one of the following:

   **a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
   **b** Certified Public Accountant—a holder of an active license to practice as a certified public accountant in the jurisdiction shown below.
   **c** Enrolled Agent—enrolled as an agent by the IRS per the requirements of Circular 230.
   **d** Officer—a bona fide officer of the taxpayer organization.
   **e** Full-Time Employee—a full-time employee of the taxpayer.
   **f** Family Member—a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
   **g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the IRS is limited by section 10.3(d) of Circular 230).
   **h** Unenrolled Return Preparer—Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). *See Special Rules and Requirements for Unenrolled Return Preparers in the instructions for additional information.*
   **k** Qualifying Student or Law Graduate—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student, or law graduate working in a LITC or STCP. See instructions for Part II for additional information and requirements.
   **r** Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

     ▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

**Note:** For designations d–f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation— Insert above letter **(a–r).** | Licensing jurisdiction (State) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable) | Signature | Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Form **2848** (Rev. 1-2021)

**Notice to Principal is notice to Agent, Notice to Agent is notice to Principal**
Private Administration Procedure
This Affidavit is Governed according to the Law Merchant
Private Judicial Notice, Private Legislation

*Let God be our Judge as he has set the Watchers to watch over Man*

**LAW, MERCHANT**. A system of customs acknowledged and taken notice of by all commercial nations; and those customs constitute a part of the general law of the land; and being a part of that law, their existence cannot be proved by witnesses, but the judges are bound to take notice of them ex officio. *Bouvier, A Dictionary of Law*, 1856

**"This matter should be sealed away from the public records as it contains private information of a private trust.  You are now acting as fiduciary over trust res and any violations are a breach of trust."**

Terrence Dashon Howard, Servant of God
Terrence Dashon Howard Living Trust
Registered Owner, Entitlement Holder of the
Landed Estate [:TERRENCE D. HOWARD:] XXX-XX-7922
2121 West Imperial Highway, Suite 453
La Habra, California  [90631]

John F. Murphy, Judge in *Ex officio* capacity
Private Contractor for Profit
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Court
601 Market Street #2609
Philadelphia, Pennsylvania 19106

Unauthorized use of Trust Property: Case# 2:22-CV-5042

**THIS IS A CLAIM IN REM**

**AFFIDAVIT AND NOTICE OF ADEQUATE ASSURANCE FOR PERFORMANCE AND SETTLEMENT**

Comes Now, Terrence Dashon Howard, a servant of God, a People of the United States of America, Beneficiary of the Terrence Dashon Howard Living Trust, Registered Owner of the Precedent Landed Estate [:TERRENCE D. HOWARD:] XXX-XX-7922 as sacred trust res of the Terrence Dashon Howard Trust –and as *Affiant*.  Being a lawful age of majority and of sound mind, I hereby declare and affirm the following facts and citations to be true to the best of my knowledge, information, and belief.

I am here for just compensation for the constructive trust created by the Defendant in this civil matter. I fully reserve *all* rights protected by the Constitution of California Republic and the United States Constitution and the four Organic Laws of the United States of America.

I reserve all my Religious inalienable rights as all "rights" are given by God. I fully stand in sound mind exercising my religion and religious freedom protected by the United States Constitution 1st Amendment and the California Constitution Article 1 section 4. My religion declares that Jesus/Yeshua paid the ultimate price for man and that man could no longer be indebted to man again or placed in bondage/slavery again for debt;

> *20 Each person should remain in the situation they were in when God called them.21 Were you a slave when you were called? Don't let it trouble you—although if you can gain your freedom, do so. 22 For the one who was a slave when called to faith in the Lord is the Lord's freed person; similarly, the one who was free when called is Christ's slave. 23 You were bought at a price; do not become slaves of human beings.*                         1 Corinthians 7:20-23

The California Constitution Article 1 Section 6 states there shall be no imprisonment for debt and prohibits involuntary servitude [unless convicted of a crime under due process of law]. My first allegiance is to my Father in Heaven. I have a sacred covenant and contract with YHWH, *the one lawgiver*, to serve and obey His commandments that are part of my trust indenture and considered religious trust property. And the expression of one's freedom of religion is a sacred duty and right of the People. The statutes of the State cannot be used to impair the obligations of contract pursuant to California Constitution Article 1 Section 9.

Pursuant to 5 USC §3331 you have contracted with People of the United States of America by your oath and bond to the United States Constitution as the People are the shareholders of this Federal corporation. It is your full duty to protect and defend the U.S. Constitution under your oath and pursuant to 18 USC § 2381, If you choose to practice law and use legislative laws of the state to prohibit the free exercise of religion when all property of the Terrence Dashon Howard Living Trust is considered religious property; this is a violation of the U.S. Constitution Article 1 Section 10 and pursuant to 18 USC § 242, 18 USC § 247. You fully remove yourself from all immunities of the California Republic Constitution and the United States Constitution which you swore an oath to and are fully bound pursuant to the law (word) of God (Holy Bible).

The [State of California, the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA] does not have a contract with the Terrence Dashon Howard living trust to administer any matters over the religious trust property of the Terrence Dashon Howard living trust. As the beneficiary I know all Trustees who administrate over assets of the Terrence Dashon Howard living trust and there is no proof of delegation of authority which has been given to you. I fully demand proof of a contract with the Terrence Dashon Howard Living Trust Seal with signatures from the delegated trustees and myself as the beneficiary. I fully demand proof of an indemnity bond issued from the living trust to operate as Trustee for the Living Trust. If you choose to use the religious trust property of the Terrence Dashon Howard living Trust for the Public Interest then you must compensate the trust pursuant to the 5th amendment of the United States Constitution.

In *Berry v. McCourt*. 204 N.E. 2d 235, 240 (1965) the court held that the Express Trust is a "contractual relationship based on trust form"; and in *Smith v. Morse*. 2 Cal. 524, it was held that any law or procedure in its operation denying or obstructing contract rights impairs the contractual obligation and is, therefore, violative of Article 1 Section 10 of the U.S. Constitution. Because the Express Trust is created by the exercise of the natural right to contract, which cannot be abridged, the agreement, when executed, becomes protected under federally enforceable right of contract law and not under laws passed by any of the several state legislatures.

In *Eliot v. Freeman* 220 U.S. 178 (1911), the court made it clear that the Express Trust is not subject to legislative control. It went further to acknowledge the right-wise stance of the United States Supreme Court that the trust relationship comes under the realm of equity, based upon the common-law right of contract, and is not subject to legislative restrictions as are corporations and other organizations created by legislative authority. To clarify the equity and common-law distinctions, the basis for Express Trusts under the common law in this instance, is not that such organizations are creatures of common law, as distinguished from equity, but that they are created under the common law of contracts and do not depend upon statute.

The actions of the Court implies a contract to do business with the Terrence Dashon Howard living trust by using Private Religious Trust property [:TERRENCE D. HOWARD:] XXX-XX-7922 for the Public Interest of the State of California. If the court does not compensate the Terrence Dashon Howard Living Trust this is a violation of the 5th amendment of the United States. It is your duty to protect the equitable rights of the Registered Owner by upholding DUE PROCESS OF LAW.

Pursuant to the court's actions you fully agree to all fees of the Terrence Dashon Howard living Trust for the use of all Private Religious Trust Property. This is an implied contract pursuant to Common law and you fully agree to all fees outlined below;

| | |
|---|---|
| For use of NAME:  TERRENCE D. HOWARD | $200,000.00 USD |
| For use of Address:  2121 W. Imperial Hwy STE 453 La Habra CA | $100,000.00 USD |
| For use of Signature (per occurrence): | $100,000.00 USD |
| For violation of each protected Right (per occurrence) | $100,000.00 USD |

The court is an inferior court established by legislative laws and only has jurisdiction to operate within the statutory law of the State of California. The court does not have the authority to hear cases of foreign trust and Constitutional matters. The Equitable thing to do in this particular case is for you to dismiss this case with prejudice and seal away all information from the public due to the sensitivity of the exposure of the Terrence Dashon Howard Living Trust amongst the belligerents, thieves, and enemies of the People of the United States of America.

1. Stare Decisis Law- A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. It is clear and well-established law that a void order can be challenged in any court. See *Old Wayne Mut. L Assoc. v. McDonough*, 204 U.S. 8, 27, S. Ct. 236 (1907),

2. "Courts are constituted by authority and they cannot act beyond the power delegated to them. If a court acts without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a remedy sought in opposition to them, even prior to a reversal. They constitute no justification; and all persons concerned in executing such judgments, or sentences, are considered, in law, as trespassers." See *Elliot v. Perisol*, 26 U.S. 328, 340 (1828)

If you choose to cause harm to the Terrence Dashon Howard Living Trust and equitable owner of the private religious Trust Res by practicing law and using legislative laws to impair the obligations of the trust and contracts created from the constructive trust, Civil actions will be taken in the form of Quo Warranto in the Federal court where all equitable rights are fully enforced and protected by the United States Constitution.

### **Violations**

1. Violations of the 1st Amendment of the United States Constitution as you have caused harm to the religious property and the freedom to exercise the use of the religious property of the Terrence Dashon Howard Living Trust.

2. Violations of the 4th Amendment taking private property without due process of law.

3. Violations of 5th amendment taking private property without just compensation.

4. Breach of Trust and Breach of Contract under Article 1 Section 10 using legislative laws to impair obligations of contracts of the Terrence Dashon Howard Living Trust

5. Violation of 6th amendment right to face accuser as the Defendant is a legal fiction and has no personal injury and cannot swear upon affidavit.

> [12] *And forgive us our debts, as we also have forgiven our debtors.*   Matthew 6:12 NIV

You can either pay the Terrence Dashon Howard Living Trust for the use of the private property without delegation of authority as agreed above or, you can settle this matter using the Certificated Security pledged from the Terrence Dashon Howard living Trust and pay all interest, dividends and principal payout to the Registered Owner pursuant to my equitable Right of subrogation.

> **Registered Owner**:   Owner whose name is recorded in a security issuer's registers as the security's owner and is entitled to receive dividend or interest and principal payouts. Also called record holder. *Black's Law Dictionary 2nd Edition.*

You now have ten (10) days to fully answer and or rebut all claims that have been made within this affidavit and show proof of delegation of authority to administer over the Terrence Dashon Howard Living Trust. Be fully aware your silence is accepted as consent and a Quo Warranto

will be filed for your *ultra vires* acts against the Public Interest if you choose to pursue this matter any further.

Further Affiant sayeth naught.

I declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct. 28 USC § 1746

Executor Office, TERRENCE DASHON HOWARD LIVING TRUST, Precedent Vested Estate [:TERRENCE DASHON HOWARD:], Registered Owner, *non-citizen* of the United States

**Revocation of Election Affidavit**

The purpose of this Affidavit is to Establish as a Public Record the Revocation of Election ab initio by the American National Affiant who is Nonresident to the District of Columbia and Alien to that legislative jurisdiction

## Foundational Basis for Revocation of Election

### UNITED STATES SUPREME COURT

The United States Supreme Court stipulated in Foley Brothers, Inc. v. Filardo, 886 U.S.281 (1949) that:

> *"The cannon of construction which teaches that legislation of Congress, unless a contrary intent appears, is meant to apply only within the territorial jurisdiction of the United States is a valid approach whereby unexpressed congressional intent may be ascertained. It is based on the assumption that Congress is primarily concerned with domestic conditions."*

West Law provided the following summary of the Foley Brothers, Inc.v. Filardo case: It is a well established principle of law that all federal regulations [and statutes] apply only within the territorial jurisdiction of the United States [the District of Columbia] unless a contrary intent appears[meaning if implementing regulations are published in the Federal Register].

The Internal Revenue Service operates under title 26 [the Internal Revenue Code] statutory laws and its lesser known Administrative, Procedural, and Implementing Regulations regarding federal income taxation found in Title 26 Code of Federal Regulations. These federal statutes and regulations used by the Internal Revenue Service are applicable only within the territorial and legislative jurisdiction of the District of Columbia per the US Supreme Court.

Thus, the <u>IRS statutes and regulations are specifically limited in their geographical Jurisdiction</u> as well as the legislative jurisdiction for the application toward those who are the proper federal "Taxpayers" as expressed in the IRC at 26 USC §7701 (a)(14). The limited geographical and legislative jurisdiction for IRS statutes and regulations is restricted to the District of Columbia by the Legislative Intent of the 16th Amendment. Statutory 'Taxpayers' are defined to mean "any person subject to any internal revenue tax." The Statutory term 'person' as defined at 26 USC §7701(a)[1] refers only to statutory legal fictions created by and under the dominion of the US Congress. The statutory term 'subject to' means 'under the dominion and control of the National Government'.

Established by the Constitution, the American People are the sovereign. As such the United States Supreme Court has declared in Yick Wo v. Hopkins,118 U.S.356 (1886) that:

NOTICE OF FOREIGN JURISDICTION
TO: ALL U.S. AND STATE AGENTS & OFFICERS

WHEN THIS NOTICE IS AFFIXED TO PREMISES, all property therein and attached thereto is under the custody and control of the above-noted foreign official and not subject to intrusion or seizure. THE BEARER OF THIS NOTICE has been duly notified to the Department of State pursuant to international law and enjoys immunity from criminal and civil jurisdiction, arrest and detention. Under international convention, the bearer should be treated with respect and all steps should be taken to prevent attack on the bearer's freedom, mobility, interests and property.

Law enforcement inquiries may be made to the U.S. Department of State Authentications Office, (202) 647-4000.
Legalization inquiries may be made to the U.S. Delegation for the Hague Convention, (202) 776-8342.

**Revocation of Election Affidavit**

*"Sovereignty itself is, of course, not subject to the law for it is the author and source of the law."*

It is therefore an imperative necessity to include the statement of legal opinion expressed by the United States Supreme Court in United States v. Cooper Corporation,312 U.S.600 (1941) in which this Court stated:

*"Since in common usage, the term person does not include the sovereign, statutes not employing the phrase are ordinarily construed to exclude it."*

Thus, the statutory definition of 'person' found in 26 USC §7701(a)[1] and referred to in the statutory definition of Taxpayer at 26 USC §7701(a)[14] does not reflect or include in any fashion a reference to American Nationals who are the identified Sovereigns by birth in one of the 50 states of the Union or from parents who were born there.

## Internal Revenue Service

Let it be known that the Internal Revenue Service, a federal bureau headquartered in Washington, DC, has promulgated in Title 26 of the United States Code [USC] a statutory legal option for those who are Nonresident Alien Individuals to implement the Termination at their discretion for any voluntary Federal Income Tax Election established at 26 USC §6013 (g) [Election to treat nonresident alien individual as resident of the United States).

Once a statutory 'election' under 26 USC §6018 (g) or (b) was initially established, those Nonresident Alien Individuals who made that 'election' immediately became a federal statutory Taxpayer' and their former nontaxable income is then deemed taxable in an identical manner to that of a US Resident Alien. The 'election' also became automatically applicable for all taxable years following as stated at 26 USC §6013 (g) (3) Duration of Election.

The Nonresident Alien Individual thus became "voluntarily liable via this 'election' for a tax never levied upon them and all of their private sector employers' paid wages were taxed under Chapter 24 of the Internal Revenue Code. This wage withholding taxation was also automatically applicable for all taxable years following the initial 'election' as part of the Duration of Election section at 26 USC §6013 (g) (3).

The statutory term Nonresident Alien Individual is defined at 26 USC §7701 (b)(l)(B) and is expressed in this statute in the following manner: [definition is available at http://www.law.cornell.edu/uscode/text/26/7701

"An Individual is a Nonresident Alien if such individual is neither a [statutory] citizen of the United States (District of Columbia per 26 USC §7408(d) nor a resident (Alien foreigner from another nation) of the United States [District of Columbia per 26 USC §7408(d)).

NOTICE OF FOREIGN JURISDICTION
TO: ALL U.S. AND STATE AGENTS & OFFICERS

WHEN THIS NOTICE IS AFFIXED TO PREMISES, all property therein and attached thereto is under the custody and control of the above-noted foreign official and not subject to intrusion or seizure. THE BEARER OF THIS NOTICE has been duly notified to the Department of State pursuant to international law and enjoys immunity from criminal and civil jurisdiction, arrest and detention. Under international convention, the bearer should be treated with respect and all steps should be taken to prevent attack on the bearer's freedom, mobility, interests and property.

Law enforcement inquiries may be made to the U.S. Department of State Authentications Office, (202) 647-4000.
Legalization inquiries may be made to the U.S. Delegation for the Hague Convention, (202) 776-8342.

**Revocation of Election Affidavit**

## [Emphasis & Clarification Added]

What is immediately noticeable is that the definition only tells the reader what a Nonresident Alien Individual is not rather than what it is. Such purposeful obfuscation is vitally important to recognize.

The true meaning of the statutory term Nonresident Alien Individual is none other than American Nationals who were born in one of the 50 states of the Union [the Constitutional Republic. This is amply illustrated in reading .26 CFR 1.871-1 (b) (4) Expatriation to avoid tax. This regulation section reads as follows:

> "For special rules applicable in determining the tax of a nonresident alien individual who has lost U.S. citizenship with a principal purpose of avoiding certain taxes, see section 877."

In regard to Expatriation, <u>only American Nationals</u> [those born in one of the 50 states of the Union [can give up their <u>Constitutional U.S. citizenship status</u> and become a former member of the Constitutional Republic. Therefore, the term 'Nonresident Alien Individual' and 'American National' are synonymous.

The Legislative Intent of the 16th Amendment to the Constitution, written by former President of the United States [POTUS] William H. Taft documents that Congress was only able to levy the Federal Income Tax upon the National Government itself. Therefore, American Nationals who choose to work for the National Government are the primary statutory Taxpayers'. Former POTUS Taft stipulated in the foundational document, the Legislative Intent of the 16th Amendment, that:

> "The decision of the Supreme Court [Pollock v Farmer's loan & Trust Company, 157 U.S. 429, 1895) in the income tax case deprived the National Government of a power which, by reason of previous decisions of the court, it was generally supposed that the government had. I therefore recommend to the Congress that both Houses, by a two thirds vote, shall propose an amendment to the Constitution <u>conferring the power to levy an income tax upon the National Government without apportionment</u> among the States in proportion to population."

NOTICE OF FOREIGN JURISDICTION
TO: ALL U.S. AND STATE AGENTS & OFFICERS

WHEN THIS NOTICE IS AFFIXED TO PREMISES, all property therein and attached thereto is under the custody and control of the above-noted foreign official and not subject to intrusion or seizure. THE BEARER OF THIS NOTICE has been duly notified to the Department of State pursuant to international law and enjoys immunity from criminal and civil jurisdiction, arrest and detention. Under international convention, the bearer should be treated with respect and all steps should be taken to prevent attack on the bearer's freedom, mobility, interests and property.

Law enforcement inquiries may be made to the U.S. Department of State Authentications Office, (202) 647-4000.
Legalization inquiries may be made to the U.S. Delegation for the Hague Convention, (202) 776-8342.
**Revocation of Election Affidavit**

The power to ignore the Constitution only exists where it does not apply... the District of Columbia. Nonresident Alien Individuals [American Nationals] are only liable for the Federal Income Tax if they choose to make a statutory 'election' [described at 26 CFR 1.871- 1(a)

> Classification of Aliens] by filing a Form 1040 US Individual Income Tax Return for a tax they never were made liable for prior to the 'election'. Per Clark v. United States, 95 U.S. 539, a statutory 'election' is not a valid contract.

> Via 26 USC §6013(g) this statutory 'election' allows the National Government to treat or tax the income of those never imposed with the Federal Income Tax. American Nationals a.k.a.

Nonresident Alien Individuals are then treated identically to that of foreigners who are legal Taxpayers called US Resident Aliens who live and work in one of the 50 states of the Union [the Constitutional Republic] or the District of Columbia.

The Lack of Tax Liability and the right of Nonresident Alien Individuals to choose not to make an 'election' were established by the Legislative Intent of the 16th Amendment written by former POTUS William H. Taft on June 16, 1909. American Nationals have always been Lawful Non Taxpayers as they were excluded. This foundational document, which clears up the question of just who the parties are that the Federal Income Tax has actually been levied upon, was promulgated in the Congressional Record of the United States Senate on pages 3344-3345. The federal income tax was only levied upon the National Government. It also ignored the Rule of Apportionment, a mandatory requirement in the Constitution, further pinpointing the only operational jurisdiction to be the District of Columbia and US Territories.

The Federal Income Tax was only levied upon the National Government, which is to say those Americans who have chosen to work for the National Government in one of its myriad of Public Offices. "Performing the functions of a "public office" which is the statutory definition of a 'Trade or Business' per 26 USC §7701 (a)(26). Within the regulations used by the Internal Revenue Service, one can locate the voluntary nature of Nonresident Alien Individuals [meaning American Nationals] being offered the option or choice to make an 'election' or not. By the fact that the 'election' is a choice, and therefore voluntary, the option to Americans has not been broadcast to the American Public. The voluntary choice to make an election or not, illustrates that the National Government has been successful in burdening Americans with an obligation that was never imposed by law outside of making an 'election'.

NOTICE OF FOREIGN JURISDICTION
TO: ALL U.S. AND STATE AGENTS & OFFICERS

WHEN THIS NOTICE IS AFFIXED TO PREMISES, all property therein and attached thereto is under the custody and control of the above-noted foreign official and not subject to intrusion or seizure. THE BEARER OF THIS NOTICE has been duly notified to the Department of State pursuant to international law and enjoys immunity from criminal and civil jurisdiction, arrest and detention. Under international convention, the bearer should be treated with respect and all steps should be taken to prevent attack on the bearer's freedom, mobility, interests and property.

Law enforcement inquiries may be made to the U.S. Department of State Authentications Office, (202) 647-4000.
Legalization inquiries may be made to the U.S. Delegation for the Hague Convention, (202) 776-8342.

**Revocation of Election Affidavit**


26 CFR 1.871-1 Classification and manner of taxing alien individuals is the regulation in particular that demonstrates the voluntary nature for American Nationals to exercise the choice to make an 'election' to have their income taxed or treated like that of a Resident Alien

26 CFR 1.871-1 (a) Classes of aliens states:

> "For purposes of the income tax, alien individuals are divided generally into two classes, namely, resident aliens and nonresident aliens. Resident alien individuals are, in general, taxable the same as [statutory] citizens [legal fictions] of the United States; that is, a resident alien is taxable on income derived from all sources, including sources without the United States. See §1.1-1(b).

> Nonresident alien individuals are taxable only on certain income from sources within the United States and on the income described in section 864(c)(4) from sources without the United States which is effectively connected for the taxable year with the conduct of a trade or business in the United States [meaning only the District of Columbia per 26 USC §7408(d)].


> However, nonresident alien individuals [American Nationals] may elect, under section 6013 (g) or (h), to be treated as U.S. residents for purposes of determining their income tax liability under Chapters 1, 5, and 24 [wage withholding) of the code." [Emphasis & Clarifications added]

The last paragraph above shows that Nonresident Alien Individuals or rather American Nationals are offered the choice by use of the statutory expression "may elect" to have their income treated [taxed] as that of a U.S. resident alien. The expression "may elect" clearly signifies that there is no mandatory obligation to file a Form 1040 US Individual Income Tax Return or pay that tax.

The United States Department of the Treasury further substantiates the lack of a mandatory obligation to file a Form 1040 return and pay the Federal Income Tax.

NOTICE OF FOREIGN JURISDICTION
TO: ALL U.S. AND STATE AGENTS & OFFICERS

WHEN THIS NOTICE IS AFFIXED TO PREMISES, all property therein and attached thereto is under the custody and  control of the above-noted foreign official and not subject to intrusion or seizure. THE BEARER OF THIS NOTICE has been  duly notified to the Department of State pursuant to international law and enjoys immunity from criminal and civil  jurisdiction, arrest and detention. Under international convention, the bearer should be treated with respect and all steps  should be taken to prevent attack on the bearer's freedom, mobility, interests and property.

Law enforcement inquiries may be made to the U.S. Department of State Authentications Office, (202) 647-4000.
Legalization inquiries may be made to the U.S. Delegation for the Hague Convention, (202) 776-8342.

**Revocation of Election Affidavit**

# United States Department of the Treasury

As previously stated, those who work for the National Government have been lawfully levied with the federal income tax per the Legislative Intent of the 16th Amendment. The Legislative Intent excludes American Nationals from the federal income tax. Thus, sub silentio the 'election' amounts to a 'gift or bequest' as it was never mandatory.

Yet we see that the US Department of the Treasury states the federal income tax is a 'gift or bequest' indicating a matter of choice for American Nationals a.k.a. Nonresident Alien Individuals to 'donate' a 'gift or bequest' to and for the use of the National Government-- or to freely ignore making a donation.

The existence of both Lawful Taxpayers established via the Legislative Intent of the 16th Amendment and Lawful Non Taxpayers American Nationals excluded by the Legislative Intent of the 16th Amendment is dramatically evident.

31 USC §321 (d)(l) & (d)(2) clearly illustrates that the Federal Income Tax is considered and acknowledged by the US Department of the Treasury to be a 'gift or bequest' that is paid for the expressed purpose and use of the [statutory] United States. Here is the exact statement by the US Department of the Treasury in their own statutory Title of the United States Code, Title 31.

31 USC §321 (d)(l) & (d)(2):

(1) The Secretary of the Treasury may accept, hold, administer, and use gifts and bequests of property, both real and personal, for the purpose of aiding or facilitating the work of the Department of the Treasury. Gifts and bequests of money and the proceeds from sales of other property received as gifts or bequests shall be deposited in the Treasury in a separate fund and shall be disbursed on order of the Secretary of the Treasury. Property accepted under this paragraph, and the proceeds thereof, shall be used as nearly as possible in accordance with the terms of the gift or bequest.

(2) For purposes of the Federal income, estate, and gift taxes, property accepted under paragraph (1) shall be considered as a gift or bequest to or for the use of the United States.

NOTICE OF FOREIGN JURISDICTION
TO: ALL U.S. AND STATE AGENTS & OFFICERS

WHEN THIS NOTICE IS AFFIXED TO PREMISES, all property therein and attached thereto is under the custody and  control

of the above-noted foreign official and not subject to intrusion or seizure. THE BEARER OF THIS NOTICE has been  duly notified to the Department of State pursuant to international law and enjoys immunity from criminal and civil  jurisdiction, arrest and detention. Under international convention, the bearer should be treated with respect and all steps  should be taken to prevent attack on the bearer's freedom, mobility, interests and property.

Law enforcement inquiries may be made to the U.S. Department of State Authentications Office, (202) 647-4000.
Legalization inquiries may be made to the U.S. Delegation for the Hague Convention, (202) 776-8342.

### Revocation of Election Affidavit

Let it further be known that the expression by the U.S. Department of the Treasury reference to the statutory term "United States" in 31 USC §321 (d)(2) means and references only the National Government in the District of Columbia and not the 50 states of the Union per 26 USC §7408(d).

The IRS statutes refer only to the statutory United States being the District of Columbia unless a statutory section specifically refers to the "50 states". The statute section reflecting this fact is 26 USC §7408(d).

> 26 USC §7408 (d) Citizens and residents outside the United States
> If any citizen or resident of the United States does not reside in, and does not have his principal place of business in, any United States judicial district, such citizen or resident shall be treated for purposes of this section <u>as residing in the District of Columbia.</u>

The above IRS statute in Title 26 acknowledges the limited geographical and legislative jurisdiction for the application of the federal income tax to be only the District of Columbia and other US Territories and possessions of the National Government. It entirely excludes any reference to the Constitutional Republic, the 50 states of the Union.

### Stipulation of Facts made by this Affiant for the

## REVOCATION OF ELECTION

[A] All federal income taxation statutes and regulations apply only within the territorial jurisdiction of the District of Columbia, the seat of the National Government also known as the statutory 'United States', unless directly stated otherwise.

[B] Sovereign American Nationals are not subject to the statutes and regulations, particularly Title 26, as they are limited in their geographical and legislative application to the District of Columbia as *"sovereigns are the author and source of the law"* according to the United States Supreme Court in Yick Wo v.Hopkins, 118 U.S. 356 (1886).

NOTICE OF FOREIGN JURISDICTION
TO: ALL U.S. AND STATE AGENTS & OFFICERS

WHEN THIS NOTICE IS AFFIXED TO PREMISES, all property therein and attached thereto is under the custody and  control of the above-noted foreign official and not subject to intrusion or seizure. THE BEARER OF THIS NOTICE has been  duly notified to the Department of State pursuant to international law and enjoys immunity from criminal and civil  jurisdiction, arrest and detention. Under international convention, the bearer should be treated with respect and all steps  should be taken to prevent attack on the bearer's freedom, mobility, interests and property.

Law enforcement inquiries may be made to the U.S. Department of State Authentications Office, (202) 647-4000.
Legalization inquiries may be made to the U.S. Delegation for the Hague Convention, (202) 776-8342.

### Revocation of Election Affidavit

[C] The statutory definition of person used in statutes within the Internal Revenue Code of 1954 currently in use today in the territorial jurisdiction of the District of Columbia do not include or make reference to American Nationals as a result of the territorial limitations placed against the National Government per the Constitution. Such statutory words or phrases that illustrate this fact are highlighted in part as follows.

American Nationals referred to by the National Government as Nonresident Alien Individuals to exit, depart, and terminate forever the federal income tax scheme by use of 26 USC §6013(g)(4)(A) Termination of Election by Taxpayer.

[H] The United States Department of the Treasury, an agency of the National Government, is directly complicit in the statutory election scheme as stipulated in its statutes at 31 USC §321 (d)(1) and (d)(2) by clearly stating the federal income tax is nothing more than a **"gift or bequest"** of personal property [money] of an American National *"to and for the use of the United States* [meaning the National Government]"*. This statement eliminates the exposure of the National Government to legal action against the government by making the 'election' voluntary and then declaring that the money paid for the tax is nothing but a *"gift or bequest"* at the same time.

**NOTICE OF FOREIGN JURISDICTION**
**TO: ALL U.S. AND STATE AGENTS & OFFICERS**

WHEN THIS NOTICE IS AFFIXED TO PREMISES, all property therein and attached thereto is under the custody and control of the above-noted foreign official and not subject to intrusion or seizure. THE BEARER OF THIS NOTICE has been duly notified to the Department of State pursuant to international law and enjoys immunity from criminal and civil jurisdiction, arrest and detention. Under international convention, the bearer should be treated with respect and all steps should be taken to prevent attack on the bearer's freedom, mobility, interests and property.

Law enforcement inquiries may be made to the U.S. Department of State Authentications Office, (202) 647-4000.
Legalization inquiries may be made to the U.S. Delegation for the Hague Convention, (202) 776-8342.

**Revocation of Election Affidavit**

[I] The National Government's use of statutory words are purposely obtuse for many sovereign American Nationals not trained in the art of legalese. The statutes are written in such a manner to allow the American Nationals to by default use their own definition of non-statutory words to be misinterpreted as having the same meaning as to what the National Government defines their statutory words to mean. This presumption has proven to be a successful ruse by those in government who are willing to entrap their countrymen.

[J] As a result of the convoluted semantic gamesmanship of words defined by the U.S. Congress the path to escape the entanglement of American Nationals into being identified statutorily as "Taxpayers" of the federal income tax was discovered at 26 USC §6013 (4)(A).The Affiant now implements this Revocation of Election in order to extricate himself forever from any obligation created by the former sub silentio election,

[K] The existence of lawful Non Taxpayers as related to the Internal Revenue Code of 1954 is described in two specific federal documents.

(1) The Legislative Intent of the Sixteenth Amendment written by former POTUS William H. Taft on June 16, 1909, and promulgated in the Congressional Record of the United States Senate on pages 3344-3345. This foundational document proves that the federal income tax as we know it today was never lawfully designed to be levied upon American Nationals, in fact the power of the National Government to do so was specifically denied to the government. American Nationals were protected from the National Government attempting to include them as being the subject and the object of those federal statutory and regulatory laws.

(2) Economy Plumbing & Heating v. U.S., 470 F2d. (1972) in which this appellate court declared the existence of two groups related to the federal income tax. Those groups are taxpayers and lawful non-taxpayers.This federal court to be neither the subject nor the object of federal revenue laws stated those American Nationals, the lawful Non Taxpayers.

(1) Person - defined at 26 USC §7701(a)(l) only referencing statutory legal fictions

(2) U.S. person- defined at 26 USC §7701(a)(30) only referencing statutory legal fictions

(3) Taxpayer- defined at 26 USC §7701(a)(14) references any 'person' subject to

(4) U.S. Citizen- defined at 8 USC §1401(a)(1) only referencing a statutory legal fiction that was legislatively born in the District of Columbia and are property of the National Government and thus under the dominion or control of the National Government within its limited geographical and legislative jurisdiction.

[D] As a result of the United States Supreme Court decision in United States v. Cooper Corporation, 312 U.S. 600 (1941) states that "the term 'person' does not include the sovereign and that statutes not employing the phrase are ordinarily construed to exclude it [the sovereign]."

The statutory term 'Nonresident Alien Individual' obtusely defined at 26 USC §7701 (b)(1)(B) was purposely stated in vague terms as it addresses sovereign American Nationals as the target of that definition without reference to the term sovereign specifically.

[E] The Implementing Regulation 26 CFR §1.871-l(a) makes reference that Nonresident Alien Individuals can only be liable for the statutory laws of the jurisdiction of the District of Columbia if they choose to work for the National Government. Therefore, only federal workers derive income that is effectively connected with the conduct of a statutory 'trade or business' within the District of Columbia.

[F] The Thirteenth Amendment to the United States Constitution outlaws and prohibits slavery and involuntary servitude in the Constitutional Republic. It however, does not outlaw voluntary indentured servitude. The National Government has utilized sub silentio acts directed at American Nationals to induce them by prevailing social custom and lack of

**NOTICE OF FOREIGN JURISDICTION**
**TO: ALL U.S. AND STATE AGENTS & OFFICERS**

**WHEN THIS NOTICE IS AFFIXED TO PREMISES,** all property therein and attached thereto is under the custody and control of the above-noted foreign official and not subject to intrusion or seizure. **THE BEARER OF THIS NOTICE** has been duly notified to the Department of State pursuant to international law and enjoys immunity from criminal and civil jurisdiction, arrest and detention. Under international convention, the bearer should be treated with respect and all steps should be taken to prevent attack on the bearer's freedom, mobility, interests and property.

Law enforcement inquiries may be made to the U.S. Department of State Authentications Office, (202) 647-4000.
Legalization inquiries may be made to the U.S. Delegation for the Hague Convention, (202) 776-8342.

**Revocation of Election Affidavit**

Awareness of the facts established by law to draw into their jurisdiction such American Nationals.

(1) 26 CFR §1.871-1(a) reflects the deception by the use of a statutory 'election' of a voluntary nature in order to make American Nationals liable for the federal income tax when the National Government was denied and deprived of such owner by the United States Supreme Court in Pollock v. Farmer's Loan & Trust Company,157 U.S. 429 (1895).

(2) The Legislative Intent of the Sixteenth Amendment written by former POTUS William H. Taft on June 16, 1909, documents the limited jurisdiction for the National Government to levy the federal income tax only upon itself. The federal income tax cannot and does not extend into the jurisdiction of the current 50 states of the Union. By ignoring the Rule of Apportionment, the only operational jurisdiction for application of the federal income tax is the District of Columbia and US Territories.

[G] As evidence that the National Government cannot keep sovereign American Nationals so entrapped by the use of a statutory 'election' created by filing of a federal income tax return **in perpetuity,** the National Government has devised in its statutes a path for

NOTICE OF FOREIGN JURISDICTION
TO: ALL U.S. AND STATE AGENTS & OFFICERS

WHEN THIS NOTICE IS AFFIXED TO PREMISES, all property therein and attached thereto is under the custody and  control of the above-noted foreign official and not subject to intrusion or seizure. THE BEARER OF THIS NOTICE has been  duly notified to the Department of State pursuant to international law and enjoys immunity from criminal and civil jurisdiction,  arrest and detention. Under international convention, the bearer should be treated with respect and all steps should be taken to  prevent attack on the bearer's freedom, mobility, interests and property.

Law enforcement inquiries may be made to the U.S. Department of State Authentications Office, (202) 647-4000.
Legalization inquiries may be made to the U.S. Delegation for the Hague Convention, (202) 776-8342.

**Revocation of Election Affidavit**

Let it be lawfully established by the presentment of this Affidavit Testimony that the Affiant expresses his desire to formally terminate the former statutory Election via:

# <u>REVOCATION OF ELECTION</u>

Revocation by Taxpayer [Nonresident Alien Individual meaning American National] who by a prior sub silentio government act made an 'election' to have their earnings treated or taxed like that of a Resident Alien, now expressly states <u>the desire to lawfully terminate or end the prior election</u> via the statutory process of Revocation of Election.

26 USC §6013(g)(4) addresses Termination of Election with a pertinent section at 26 USC §6013(g)(4)(A) Revocation by taxpayer. This statutory section stipulates that, "An election under this subsection shall terminate at the earliest of the following times". The 'earliest' time means 2 nanoseconds after IRS receipt of Affidavit.

The Affiant, Anthony Lee Brown, does hereby expressly state her desire to terminate the Election made years ago via the Congressionally created statute(s) in 26 USC §6013(g). Even though the statutory election was never stated openly prior to that election, the Affiant's desire to terminate the Election is now clearly stated to those appropriate IRS operational personnel, IRS management, IRS Chief Legal Counsel, and the IRS Commissioner.

As stipulated at 26 USC §6013(g)(4)(A), this Affiant now declares forevermore that he **has exercised the option to Terminate the Election** and upon receipt is no longer identified as one taxable like a Resident Alien. According to the Internal Revenue Code of 1954 statutes promulgated at 26 USC §6013(g)(6) Only one election, one finds expressed in this  particular statute that if any election under this subsection is terminated under paragraph (4) Termination of Election (A) Revocation by taxpayers, that such individual(s) shall be ineligible to make an election under this subsection for any subsequent taxable year. Thus, once a Termination of Election occurs, which is the purpose of this Affidavit; the Affiant can never again make an 'election' to become a taxpayer in the future.

NOTICE OF FOREIGN JURISDICTION
TO: ALL U.S. AND STATE AGENTS & OFFICERS

WHEN THIS NOTICE IS AFFIXED TO PREMISES, all property therein and attached thereto is under the custody and control of the above-noted foreign official and not subject to intrusion or seizure. THE BEARER OF THIS NOTICE has been duly notified to the Department of State pursuant to international law and enjoys immunity from criminal and civil jurisdiction,  arrest and detention. Under international convention, the bearer should be treated with respect and all steps should be taken to  prevent attack on the bearer's freedom, mobility, interests and property.

Law enforcement inquiries may be made to the U.S. Department of State Authentications Office, (202) 647-4000.
Legalization inquiries may be made to the U.S. Delegation for the Hague Convention, (202) 776-8342.

**Revocation of Election Affidavit**

### Federal Appeals Court 2nd Circuit

The federal court decision in Economy Plumbing & Heating v. U.S., 470 F2d. (1972) stated the existence of both Lawful Taxpayers and Lawful Non Taxpayers.

"Revenue Laws relate to taxpayers and not to non-taxpayers. The latter are without their scope. No procedures are prescribed for non-taxpayers and no attempt is made to annul any of their Rights or Remedies in due course of law. With them [Non taxpayers] Congress does not assume to deal and they are neither of the subject nor of the object of federal revenue laws." [Emphasis & Clarification added)

The Affiant now reaffirms the desire and expressed intent to revert back to his rightful status of an American National who is *"neither of the subject nor of the object of federal revenue laws."*

### Let it be established by the presentment in this Affidavit Testimony for the express purpose of REVOCATION OF ELECTION

[1] **Affiant s a sovereign American National** and American Nationals become so by;

    (i) Birth in one of the 50 states of the Union,

    (ii) Birth to one or both parents who were born in the 50 states of the Union.

    (iii)Naturalization

[2] The Affiant is **NOT** 'subject to' the territorial Jurisdiction of the statutory United States [the District of Columbia] as a result of birth in one of the 50 states of the Union [the Constitutional Republic

NOTICE OF FOREIGN JURISDICTION
TO: ALL U.S. AND STATE AGENTS & OFFICERS

WHEN THIS NOTICE IS AFFIXED TO PREMISES, all property therein and attached thereto is under the custody and control of the above-noted foreign official and not subject to intrusion or seizure. THE BEARER OF THIS NOTICE has been duly notified to the Department of State pursuant to international law and enjoys immunity from criminal and civil jurisdiction, arrest and detention. Under international convention, the bearer should be treated with respect and all steps should be taken to prevent attack on the bearer's freedom, mobility, interests and property.

Law enforcement inquiries may be made to the U.S. Department of State Authentications Office, (202) 647-4000.
Legalization inquiries may be made to the U.S. Delegation for the Hague Convention, (202) 776-8342.

### Revocation of Election

(l) The Affiant is an American National who is nonresident geographically and statutorily speaking. to the District of Columbia. The Affiant is also alien to the legislative jurisdiction of the US Congress who creates Legislative Acts without direct reference to the actual jurisdiction. Congressional laws are of limited jurisdiction. The Supreme Court declared, *"...all federal statutes and regulations applies only within the territorial Jurisdiction of the United States [the District of Columbia] unless a contrary intent appears."*

[3] The Affiant being a sovereign American National is not subject to the statutory laws promulgated for use in the exclusive and limited Jurisdiction of the District of Columbia, the seat of the National Government. Furthermore, the Affiant being a sovereign

American National is not referenced or included in any statutory laws related to the federal income tax created by the U.S. Congress.

[4] The Affiant <u>cannot be compelled,</u> goaded or presumed to associate with the National Government which would be a direct violation of the Foreign Sovereign Immunities Act and the Thirteenth Amendment to the Constitution outlawing slavery and involuntary servitude in the Constitutional Republic.

[5] The Legislative Intent of the Sixteenth Amendment to the Constitution clearly states that the Federal <u>Income Tax was only levied upon the National Government</u> [meaning those who choose to work for it]. The narrow jurisdictional application of the Federal Income Tax is evident due to the Amendment referring that it does not require adherence to the <u>Constitutional Requirement of Apportionment</u> based on Census as would be required of any direct tax.

    (l) The Congressional Act of the Sixteenth Amendment avoids this limitation in the Constitution by only applying the Amendment to the jurisdiction of the District of Columbia, the statutory United States. The Legislative Intent of the 16th Amendment acknowledges that former POTUS William H. Taft on June 16, 1909 <u>recognized this territorial limitation for the levy of the federal Income tax.</u> The Legislative Intent of the 16th Amendment can be located in the Congressional Record of the United States Senate on pages 3344-3345..

[6] The Affiant does NOT derive any income that is "effectively connected with the conduct of a statutory 'Trade or Business' within the District of Columbia." Affiant has no tangible or statutory federal domicile.

[7] The National Government, and its bureau - the Internal Revenue Service - lacks both geographical and legislative jurisdiction to apply the federal Income tax upon this Affiant. American Nationals according to the legislative Intent of the 16th Amendment, the US Supreme Court and the Office of the Federal Register, and the enacted federal tax laws presented have never been made liable for the federal income tax by enacted federal law except via the sub silentio 'election' based on presumptions of its existence

[8] The Affiant has discovered the statutory option provided by the U.S. Congress at 26 USC §6013(g) and its subsections and does now Revoke the Election, that was the etiology of the infectious financial statutory disease that has resulted in lost compensation for my labor over many years, created by the National Government.

NOTICE OF FOREIGN JURISDICTION
TO: ALL U.S. AND STATE AGENTS & OFFICERS

WHEN THIS NOTICE IS AFFIXED TO PREMISES, all property therein and attached thereto is under the custody and control of the above-noted foreign official and not subject to intrusion or seizure. THE BEARER OF THIS NOTICE has been duly notified to the Department of State pursuant to international law and enjoys immunity from criminal and civil jurisdiction, arrest and detention. Under international convention, the bearer should be treated with respect and all steps should be taken to prevent attack on the bearer's freedom, mobility, interests and property.

Law enforcement inquiries may be made to the U.S. Department of State Authentications Office, (202) 647-4000.
Legalization inquiries may be made to the U.S. Delegation for the Hague Convention, (202) 776-8342.

# Revocation of Election Affidavit

    (i) This REVOCATION OF ELECTION hereby made by the Affiant is effective immediately and is presented to the Office of the IRS Commissioner, et al. within the bureau of the Internal Revenue Service.

    (ii) As a result, the Internal Revenue Service has been effectively NOTICED of the REVOCATION OF ELECTION and that per 26 USC §6013(g)(6) the REVOCATION OF ELECTION is now permanent.

        (1) Never again can the Affiant be coerced, compelled, or goaded back into the nefariously created statutory scheme of the National Government. The

Affiant must now be properly identified by those within the Internal Revenue Service as one who is a lawful Non Taxpayer and that the scope of the statutory revenue laws within Title 26 are not applicable toward the Affiant. The Internal Revenue Service now recognizes by the REVOCATION OF ELECTION that the Affiant is neither the subject nor the object of federal revenue laws.

[9] The Internal Revenue Service is now formally notified of the REVOCATION OF ELECTION by this Affiant and there can be no further discussion as to this Affiant ever being liable for making a federal income tax return. The IRS records and databases must now reflect this TERMINATION OF ELECTION.

This Affiant has ended the former taxation by election via this REVOCATION OF ELECTION that began sub silentio toward this Affiant.

Congress, and the IRS, now by statutory requirement recognizes this Affiant's rights as a lawful Non Taxpayer of the Congressional income taxation statutes and regulations.

**Further affiant saith not.**

UNDER THE LAWS OF THE UNITED STATES OF AMERICA, THE CONSTITUTIONAL REPUBLIC, WHICH IS WITHOUT THE STATUTORY UNITED STATES [THE DISTRICT OF COLUMBIA] AND IN ACCORDANCE WITH 28 USC 1746(1) IN ORDER TO BE AS PRECISE AS POSSIBLE, DO HEREBY STATE THE FOLLOWING:

I, THE AFFIANT, DECLARE OR AFFIRM BY PENALTY OF PERJURY WITHOUT THE STATUTORY UNITED STATES THAT THE ABOVE AND FOREGOING REPRESENTATIONS, FEDERAL LAWS, AND ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, UNDERSTANDING, AND BELIEF.

Last , First Middle :(Affiant) Howard, Terrence Dashon

**American National**

Date: 05/31/2024

Mailing Address: c/o  2121 W Imperial Hwy, Suite 453 La Habra, Ca [near but not in

90631] SSN/TIN: **30-0707922**

**No community property,**

NOTICE OF FOREIGN JURISDICTION
TO: ALL U.S. AND STATE AGENTS & OFFICERS

WHEN THIS NOTICE IS AFFIXED TO PREMISES, all property therein and attached thereto is under the custody and control of the above-noted foreign official and not subject to intrusion or seizure. THE BEARER OF THIS NOTICE has been duly notified to the Department of State pursuant to international law and enjoys immunity from criminal and civil jurisdiction, arrest and detention. Under international convention, the bearer should be treated with respect and all steps should be taken to prevent attack on the bearer's freedom, mobility, interests and property.
Law enforcement inquiries may be made to the U.S. Department of State Authentications Office, (202) 647-4000. Legalization inquiries may be made to the U.S. Delegation for the Hague Convention, (202) 776-8342.

# Revocation of Election Affidavit

## Revocation of Election



TERRENCE DASHON HOWARD
2121 WEST IMPERIAL HIGHWAY
SUITE-453
LA HABRA, CALIFORNIA 90631

Retail

U.S. POSTAGE PAID
FCM LG ENV
STONE MOUNTAIN
GA 30083
JUN 18, 2024
$24.00

19106

RDC 99

R2304H108722-17

UNITED STATES POSTAL SERVICE®
**REGISTERED MAIL**™

RE 212 350 260 US

Label 200, August 2005          PSN 7690-03-000-9311

U.S.M.S.
X-RAY

GEORGE V. WYLESOL-CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
JAMES BYRNE COURTHOUSE
601 MARKET STREET #2609
PHILADELPHIA, PENNSYLVANIA 19106

RECEIVED
JUN 25 2024

